UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

FEB 0 7 2003

Michael N. Milby
Clerk of Court

| | |
|---|---|
| PROCOPIO RODRIGUEZ, MERCED RAMOS-CANTU, JOSE PEREZ, ROBERTO RIVERA, LUZ GUERRERO, MARTIN GUERRERO SR., MARTIN GUERRERO JR., ELIZABETH GUERRERO, JONATHAN GUERRERO, HECTOR MAGANA SR., MARIA ZAMORA MAGANA, NOHEMI MAGANA, ALEXANDRA MAGANA, HECTOR MAGANA JR., NORMA MAGANA, AGUSTIN MARTINEZ, AMALIA MARTINEZ, ISAAC MARTINEZ, ISRAEL MARTINEZ, BARBARA MARTINEZ, VICTOR DE LOS REYES SR., SUSANA DE LOS REYES, VICTOR DE LOS REYES JR., BRENDA AGUILAR, ISIDRO AGUILAR, MARIA CARMEN RODRIGUEZ, ALBERTO RODRIGUEZ, ARANDU RODRIGUEZ, SANTIAGO RODRIGUEZ, ELISA RODRIGUEZ, MARIA RODRIGUEZ, OSBORN RODRIGUEZ, MARCELENO RODRIGUEZ, PERLA RODRIGUEZ, LINO RENDON, MARIA RENDON, DANIEL RENDON, MARTIN VALDEZ SR., MARIA DE LA LUZ VALDEZ, MAGDA VALDEZ, ALVARO VALDEZ, OSCAR VALDEZ, MARTIN VALDEZ JR., NORMA VALDEZ, EFRAIN ORTIZ, MARISSA MARTINEZ, BLAS MARTINEZ SR., CONSUELO MARTINEZ, VANESSA MARTINEZ, BLAS MARTINEZ JR., JORGE MARTINEZ, JOSE MANUEL RIVAS SR., JOSE MANUEL RIVAS JR., RICARDO RIVERA, MARIA ARCADEA RIVERA, JESUS RIVERA, JULIAN RIVERA, MARIA DE LOS ANGELES VELASQUEZ, THE ESTATE OF GREGORIO VELASQUEZ, JESSICA VELASQUEZ, GISELA VELASQUEZ, ERIKA VELASQUEZ, RAFAEL VELASQUEZ, ROEL VELASQUEZ, LILIA VILLARREAL, RAPHAEL VILLARREAL, JUAN LUCIO VILLARREAL, VERONICA VILLARREAL, MARIA VILLARREAL, MARIA LILIA VILLARREAL, BERENISA TREJO, JUAN TREJO, YVONNE TREJO, CHRISTIAN TREJO, and YZETTE TREJO,<br><br>            Plaintiffs,<br><br>vs.<br><br>TRISLER SEED FARMS, INC.; T.J. HALE; JUAN SAN MIGUEL; YOLANDA SAN MIGUEL SR.; and YOLANDA SAN MIGUEL JR.,<br><br>            Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br><br>Civil Action No.<br><br>JURY TRIAL REQUEST |

### PLAINTIFF'S MOTION AND ORDER FOR NATHANIEL NORTON
### TO APPEAR FOR PLAINTIFF'S *PRO HAC VICE*

TO THE HONORABLE JUDGE OF SAID COURT:

Plaintiffs move that Nathaniel Norton, a resident of Weslaco, Hidalgo County, Texas, be admitted *pro hac vice* as counsel for Plaintiffs. In support of the motion, Plaintiffs would show as follows:

1. Norton is an attorney for Texas Rural Legal Aid, Inc. in Weslaco, Texas.

2. Norton was admitted to the Texas Bar on November 6, 2002.

3. Norton is not admitted to any U.S. District Court.

4. Norton has never been the subject of discipline by any court or bar.

5. Norton has never been convicted of a misdemeanor involving moral turpitude or any felony.

6. Norton's application for admission to the Southern District of Texas has been approved and he will attend the Southern District's mandatory Admissions Workshop on February 7th, 2002. At that time he will receive his Southern District number and will withdraw this motion if the Court wishes.

Wherefore, Plaintiffs move that the Court permit Nathaniel Norton to appear as attorney *pro hac vice* for Plaintiffs.

Respectfully submitted,

_____
Nathaniel Norton
Texas Bar No. 24037196
S.D. No. Pending
TEXAS RURAL LEGAL AID, INC.
300 South Texas
Weslaco, TX 78596
Tel. 956-968-9574
Fax. 956-968-8823
Co-Counsel for Plaintiffs

## **ORDER**

Nathaniel Norton is admitted *pro hac vice*.

Signed on _____, _____.

                                                                                   _____
                                                                                  United States District Judge