4

| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |

United States District Court
Southern District of Texas
FILED

**MOTION AND ORDER**
**FOR ADMISSION *PRO HAC VICE***

FEB 0 7 2003

Michael N. Milby
Clerk of Court

| Division | Brownsville | Case Number | |
|---|---|---|---|
| Procopio Rodriguez, et al., | | | |
| versus | | | |
| Trisler Seed Farms, Inc., et al., | | | |

This lawyer, who is admitted either to the State Bar of Texas or to another federal district court:

| | |
|---|---|
| Name | Vincent H. Beckman, III |
| Firm | Illinois Migrant Legal Assistance Project |
| Street | Legal Asst. Foundation of Metro. Chicago |
| City & Zip Code | 407 S. Dearborn, Chicago IL  60606 |
| Telephone | Tel. (312) 423-5901 Fax. (312) 427-0381 |
| Licensed: State & Number | Illinois Bar No. 0152803 |
| Admitted U.S. District Court for | IL- Northern, Central, and Southern Dist. |

Seeks to appear as the attorney for this party:

Co-Counsel for Plaintiffs Procopio Rodriguez, etal.,

| Dated: 02/07/2003 | Signed:  |

**ORDER**

This lawyer is admitted *pro hac vice.*

Signed on _____, _____.   _____
United States District Judge

SDTX (d_prohac.ord)
02/03/98