JUAN SAN MIGUEL

CAB-03-34

AO 440 (Rev. 10/93) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 2-12-2003 |
| NAME OF SERVER (PRINT) MARILYN STROUD | TITLE Civil Process Server 5 |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: 900 W. Mile 10 Rd. Weslaco, Texas

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

United States District Court
Southern District of Texas
FILED

FEB 13 2003

Michael N. Milby
Clerk of Court

☐ Other (specify): _____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 2-12-2003
Date

Marilyn Stroud
Signature of Server

Mission, Texas
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# AFFIDAVIT OF SERVICE

### State of Texas

County of Hidalgo                                          United States District Court

**Cause No: B-03-034**

**Plaintiff: Procopio Rodriguez, et. al. vs. Defendant: Trisler Seed Farms, Inc., et. al.**

**Name of person/entity being served: Juan San Miguel**

I, MARILYN STROUD, hereby swear and affirm the following is true and correct. I am above the age of eighteen years, I am legally competent to make this affidavit. I, pursuant to order of the Court did serve the original citation attached hereto, with the following document(s) attached:

1) SUMMONS IN A CIVIL CASE
2) SEE ATTACHED BELOW

on the person names therein, by personally delivering the same to him/her on the 12th day of February, 2003 and I state that the statements contained on the citation on file herein on the officer's return is true in all things asserted therein.

*Marilyn Stroud*
**MARILYN STROUD**

SWORN AND SUBSCRIBED to, before me, on this the 13th day of February, 2003.

JACQUELINE S DIAMOND
Notary Public State of Texas
My Comm. Exp. 11-20-2004

**NOTARY PUBLIC**
**STATE OF TEXAS**

- one copy of a Civil Cover Sheet with two pages of attachments;
- one copy of Plaintiffs' Complaint;
- one copy of Order for Conference and Disclosure of Interested Parties;
- one copy of Plaintiffs' Motion and Order for Nathaniel Norton to Appear for Plaintiff's [sic] Pro Hac Vice;
- one copy of Vince Beckman's Motion and Order for Admission Pro Hac Vice;
- one copy of the local rules;
- one copy of Plaintiffs' Preliminary List of Entities Financially Interested in Litigation; and
- two copies of a Summons in a Civil Case.

(POP revised 5-11-02)