YOLANDA SAN MIGUEL, JR

⑦

AO 440 (Rev. 10/93) Summons in a Civil Action

| RETURN OF SERVICE CAB-03-34 | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 2-12-2003 |
| NAME OF SERVER (PRINT) MARILYN STROUD | TITLE Civil Process Server |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: Bealls
1023 n. Texas Blvd., Weslaco, Tx

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

United States District Court
Southern District of Texas
FILED

FEB 1 3 2003

Michael N. Milby
Clerk of Court

☐ Other (specify): _____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 2-12-2003
Date

Marilyn Stroud
Signature of Server

Mission, Tx
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# AFFIDAVIT OF SERVICE

### State of Texas

**County of Hidalgo**　　　　　　　　　　　　**United States District Court**

**Cause No: B-03-034**

**Plaintiff: Procopio Rodriguez, et. al. vs. Defendant: Trisler Seed Farms, Inc., et. al.**

**Name of person/entity being served: Yolanda San Miguel, Jr.**

I, MARILYN STROUD, hereby swear and affirm the following is true and correct. I am above the age of eighteen years, I am legally competent to make this affidavit. I, pursuant to order of the Court did serve the original citation attached hereto, with the following document(s) attached:

1) SUMMONS IN A CIVIL CASE
2) SEE ATTACHED

on the person names therein, by personally delivering the same to him/her on the _12th_ day of _February_, 2003 and I state that the statements contained on the citation on file herein on the officer's return is true in all things asserted therein.

_Marilyn Stroud_
**MARILYN STROUD**

SWORN AND SUBSCRIBED to, before me, on this the _13th_ day of _February_ 2003.

JACQUELINE S DIAMOND
Notary Public State of Texas
My Comm. Exp. 11-20-2004

_Jacqueline Diamond_
**NOTARY PUBLIC**
**STATE OF TEXAS**

- one copy of a Civil Cover Sheet with two pages of attachments;
- one copy of Plaintiffs' Complaint;
- one copy of Order for Conference and Disclosure of Interested Parties;
- one copy of Plaintiffs' Motion and Order for Nathaniel Norton to Appear for Plaintiff's [sic] Pro Hac Vice;
- one copy of Vince Beckman's Motion and Order for Admission Pro Hac Vice;
- one copy of the local rules;
- one copy of Plaintiffs' Preliminary List of Entities Financially Interested in Litigation; and
- two copies of a Summons in a Civil Case.

ad 5-11-02)