8

Rodriguez
vs. Trisler

CAB-03-34

## ORDER

Nathaniel Norton is admitted *pro hac vice*.

Signed on 20 FEB, 2003.

_____
United States ~~District~~ Judge
MAGISTRATE

United States District Court
Southern District of Texas
ENTERED

FEB 24 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk