4

| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

United States District Court
Southern District of Texas
FILED

FEB 0 7 2003

Michael N. Milby
Clerk of Court

**MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE***

| | Brownsville | | B-03-034 |
|---|---|---|---|
| Procopio Rodriguez, et al., | | | |
| | | vs. | |
| Trisler Seed Farms, Inc., et al., | | | |

**This lawyer, who is admitted either to the State Bar of Texas or to another federal district court:**

| | Vincent H. Beckman, III |
|---|---|
| | Illinois Migrant Legal Assistance Project |
| | Legal Asst. Foundation of Metro. Chicago |
| | 407 S. Dearborn, Chicago IL 60606 |
| | Tel. (312) 423-5901 Fax. (312) 427-0381 |
| | Illinois Bar No. 0152803 |
| | IL - Northern, Central, and Southern Dist. |



**Seeks to appear as the attorney for this party:**

United States District Court
Southern District of Texas
ENTERED

FEB 2 4 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

| Co-Counsel for Plaintiffs Procopio Rodriguez, etal., | |
|---|---|
| Dated: 02/07/2003 | Signed: *Vincent H. Beckman, III* |
| | w/ permission by _____ |

### ORDER

**This lawyer is admitted *pro hac vice*.**

Signed on 20 FEB, 2003.

_____
United States ~~District~~ Judge
MAGISTRATE

SDTX (d_prohac.ord)
02/03/98