UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

FEB 1 3 2003

Michael N. Milby
Clerk of Court

PROCOPIO RODRIGUEZ, et al.       )
                                 )
         Plaintiffs,             ) Civil Action No. B-03-034
                                 )
vs.                              ) JURY TRIAL REQUEST
                                 )
TRISLER SEED FARMS, INC., et al. )
                                 )
         Defendants.             )

**PLAINTIFFS' PRELIMINARY LIST OF
ENTITIES FINANCIALLY INTERESTED IN LITIGATION**

TO THE HONORABLE JUDGE OF SAID COURT:

Now come Plaintiffs' pursuant to the Court's Order for Conference and Disclosure of Interested Parties. This list is preliminary because discovery has not yet been completed. Although Plaintiffs do not anticipate that additional interested parties will be added, in the event parties are added or additional interested parties are identified, Plaintiffs will promptly amend their list.

At this time, the following is a list of entities financially interested in this litigation:

1. named Plaintiffs
2. named Defendants

Respectfully submitted,

_____
Rodolfo Sanchez
Attorney-in-Charge for Plaintiffs
Texas Bar No. 17572100
S.D. No. 12600
TEXAS RURAL LEGAL AID, INC.
300 South Texas
Weslaco, TX 78596
Tel. 956-968-9574
Fax. 956-968-8823

Of Counsel:

Nathaniel Norton
Co-counsel
Texas Bar No. 24037196
S.D. No. 33422
TEXAS RURAL LEGAL AID, INC.
300 S. Texas Blvd.
Weslaco, TX 78596
Ph: 956-968-9574
Fax: 956-968-8823

Vincent H. Beckman, III
Co-counsel
Illinois Bar No. 0152803
ILLINOIS MIGRANT LEGAL ASSISTANCE PROJECT
LEGAL ASSISTANCE FOUNDATION OF CHICAGO
407 S. Dearborn, Ste. 350
Chicago, IL 60605
Ph: 312-423-5901
Fax: 312-427-0381

CERTIFICATE OF SERVICE

    I, Nathaniel Norton, certify on the 12th day of February, 2003, that a true and correct copy of Plaintiffs' Preliminary List of Entities Financially Interested in Litigation will be served to each defendant along with their summons, a copy of Plaintiffs' Complaint, a copy of the Court's Order for Conference and Disclosure of Interested Parties, copies of Nathaniel Norton's and Vince Beckman's Pro Hac Vice motions, and a copy of the local rules.

                                                                          Nathaniel Norton