SHERIFF'S FEES { Service and return .............. $ __36__
                 Miles _____ .......... __0__
                 Total ....................... $ __36__

W. PATRICK HARTSHORN
Sheriff of VERMILION County

I certify that I served this citation on defendants as follows:

(a) - (Individual defendants - personal):

CAB-03-34

(The officer or other person making service, shall (a) identify as to sex, race and approximate age of the defendant with whom he left the citation, and (b) state the place where (whenever possible in terms of an exact street address) and the date and time of the day when the citation was left with the defendant.)

_Trisler Seed Far~ / Julie Trisler Cotlett_
_3274 E. 800 N    Fairmont, IL. 61841_
_2/21/03   9:10A_

(b) - (Individual defendants - abode):

By leaving a copy at the usual place of abode of each individual defendant with a person of his family, of the age of 13 years or upwards, informing that person of the contents of the citation. The officer or other person making service, shall (a) identify as to sex, race, and approximate age of person, other than the defendant, with whom he left the citation, and (b) state the place where (whenever possible in terms of an exact street address) and the date and time of day when the citation was left with such person.)

United States District Court
Southern District of Texas
FILED

MAR 0 6 2003

Michael N. Milby
Clerk of Court

and also by sending a copy of the citation in a sealed envelope with postage fully prepaid, addressed to each individual defendant at his usual place of abode, as follows:

Name of defendant     Mailing address     Date of mailing

_____
_____

(c) - (Corporation defendants):

By leaving a copy with the registered agent, officer or agent of each defendant corporation, as follows:

Defendant corporation     Registered agent, officer or agent     Date of service

_____
_____

(d) - (Other service):

_____
_____

W. PATRICK HARTSHORN, Sheriff of VERMILION County
By: _____S/ _ Ward 104_____, Deputy

FORM NO. G400216. P6S     REV. DATE: 9/12/00

|  |  |
|---|---|
| Service & Return | $ 36 |
| Mileage | $ |
| Total | $ 36 |

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of Texas

PROCOPIO RODRIGUEZ, et al.

V.

TRISLER SEED FARMS, INC., et al.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: B-03-034

TO: (Name and address of Defendant)

Trisler Seed Farms, Inc.
c/o Julie Trisler Catlett
3274E 800 North Rd.
Fairmount, IL 61841

Vermilion County

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Rodolfo Sanchez
TEXAS RURAL LEGAL AID, INC.
300 S. Texas Blvd.
Weslaco, TX 78596
Ph: 956-968-9574
Fax: 956-968-8823

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael N. Milby                                              2-7-03

CLERK                                                         DATE

(By) DEPUTY CLERK