United States District Court
Southern District of Texas
FILED

APR 17 2003

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

PROCOPIO RODRIGUEZ, MERCED RAMOS-CANTU, JOSE )
PEREZ, ROBERTO RIVERA, LUZ GUERRERO, MARTIN )
GUERRERO SR., MARTIN GUERRERO JR., ELIZABETH )
GUERRERO, JONATHAN GUERRERO, HECTOR MAGANA )
SR., MARIA ZAMORA MAGANA, NOHEMI MAGANA, )
ALEXANDRA MAGANA, HECTOR MAGANA JR., NORMA )
MAGANA, AGUSTIN MARTINEZ, AMALIA MARTINEZ, )
ISAAC MARTINEZ, ISRAEL MARTINEZ, BARBARA )
MARTINEZ, VICTOR DE LOS REYES SR., SUSANA DE LOS )
REYES, VICTOR DE LOS REYES JR., BRENDA AGUILAR, )
ISIDRO AGUILAR, MARIA CARMEN RODRIGUEZ, )
ALBERTO RODRIGUEZ, ARANDU RODRIGUEZ, )
SANTIAGO RODRIGUEZ, ELISA RODRIGUEZ, MARIA )
RODRIGUEZ, OSBORN RODRIGUEZ, MARCELENO )
RODRIGUEZ, PERLA RODRIGUEZ, LINO RENDON, )
MARIA RENDON, DANIEL RENDON, MARTIN VALDEZ SR.,)
MARIA DE LA LUZ VALDEZ, MAGDA VALDEZ, ALVARO )
VALDEZ, OSCAR VALDEZ, MARTIN VALDEZ JR., NORMA )
VALDEZ, EFRAIN ORTIZ, MARISSA MARTINEZ, BLAS )
MARTINEZ SR., CONSUELO MARTINEZ, VANESSA )
MARTINEZ, BLAS MARTINEZ JR., JORGE MARTINEZ, )
JOSE MANUEL RIVAS SR., JOSE MANUEL RIVAS JR., )
RICARDO RIVERA, MARIA ARCADEA RIVERA, JESUS )
RIVERA, JULIAN RIVERA, MARIA DE LOS ANGELES )
VELASQUEZ, GREGORIO VELASQUEZ, )
JESSICA VELASQUEZ, GISELA VELASQUEZ, ERIKA )
VELASQUEZ, RAFAEL VELASQUEZ, ROEL VELASQUEZ, )
LILIA VILLARREAL, RAPHAEL VILLARREAL, JUAN LUCIO)
VILLARREAL, VERONICA VILLARREAL, MARIA )
VILLARREAL, MARIA LILIA VILLARREAL, BERENISA )
TREJO, JUAN TREJO, YVONNE TREJO, CHRISTIAN )
TREJO, and YZETTE TREJO, )
                                                                      )
      Plaintiffs,                                   ) Civil Action No. B-03-034
                                                                      )
vs.                                                                 ) JURY TRIAL REQUEST
                                                                      )
TRISLER SEED FARMS, INC.; T.J. HALE; JUAN SAN )
MIGUEL; YOLANDA SAN MIGUEL SR.; and YOLANDA )
SAN MIGUEL JR., )
                                                                      )
      Defendants.                                  )

## PLAINTIFFS' PRELIMINARY LIST OF
## ENTITIES FINANCIALLY INTERESTED IN LITIGATION

TO THE HONORABLE JUDGE OF SAID COURT:

Now come Plaintiffs' pursuant to Court's Order Setting Conference and file this Preliminary List of Entities Financially Interested in Litigation. This list is preliminary because discovery has not yet been completed. Although Plaintiffs do not anticipate that additional interested parties will be added, in the event parties are added or additional interested parties are identified, Plaintiffs will promptly amend their list.

At this time, other than the Defendant and any other parties who may be identified by the Defendant, the only parties or entities that are financially interested in this litigation are the Plaintiffs named in the caption and the estate of Gregorio Velasquez.

Respectfully submitted,

_____
Nathaniel Norton
Texas Bar No. 24037196
S.D. No. 33422
TEXAS RURAL LEGAL AID, INC.
300 South Texas
Weslaco, TX 78596
Tel. 956-968-9574
Fax. 956-968-8823
Co-Counsel for Plaintiffs

Rodolfo Sanchez
Texas Bar No. 17572100
S.D. No. 12600
TEXAS RURAL LEGAL AID, INC.
300 South Texas
Weslaco, TX 78596
Tel. 956-968-9574
Fax. 956-968-8823
Attorney-in-Charge for Plaintiffs

Vincent H. Beckman, III
Illinois Bar No. 0152803
Admitted Pro Hac Vice
ILLINOIS MIGRANT LEGAL ASSISTANCE PROJECT
LEGAL ASSISTANCE FOUNDATION OF METROPOLITAN CHICAGO
407 S. Dearborn, Suite 350
Chicago, Illinois 60605
Tel. 312-423-5901
Fax. 312-427-0381
Co-Counsel for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on the _16th_ day of _April_, 2003, a true and correct copy of the preceding pleading was sent by certified mail, return receipt requested to:

Rex N. Leach
Atlas & Hall, L.L.P.
818 Pecan
McAllen, TX 78502-5501

Victoria Donati
Neal, Gerber & Eisenberg
2 N. LaSalle St., Ste. 2200
Chicago, IL 60602

Juan San Miguel
Rt. 6, Box 223
Weslaco, TX 78596

Yolanda San Miguel Sr.
Rt. 6, Box 223
Weslaco, TX 78596

Yolanda San Miguel Jr.
Rt. 6, Box 223
Weslaco, TX 78596

_____
Nathaniel Norton