UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

APR 17 2003

Michael N. Milby
Clerk of Court

PROCOPIO RODRIGUEZ, MERCED RAMOS-CANTU, JOSE )
PEREZ, ROBERTO RIVERA, LUZ GUERRERO, MARTIN )
GUERRERO SR., MARTIN GUERRERO JR., ELIZABETH )
GUERRERO, JONATHAN GUERRERO, HECTOR MAGANA )
SR., MARIA ZAMORA MAGANA, NOHEMI MAGANA, )
ALEXANDRA MAGANA, HECTOR MAGANA JR., NORMA )
MAGANA, AGUSTIN MARTINEZ, AMALIA MARTINEZ, )
ISAAC MARTINEZ, ISRAEL MARTINEZ, BARBARA )
MARTINEZ, VICTOR DE LOS REYES SR., SUSANA DE LOS )
REYES, VICTOR DE LOS REYES JR., BRENDA AGUILAR, )
ISIDRO AGUILAR, MARIA CARMEN RODRIGUEZ, )
ALBERTO RODRIGUEZ, ARANDU RODRIGUEZ, )
SANTIAGO RODRIGUEZ, ELISA RODRIGUEZ, MARIA )
RODRIGUEZ, OSBORN RODRIGUEZ, MARCELENO )
RODRIGUEZ, PERLA RODRIGUEZ, LINO RENDON, )
MARIA RENDON, DANIEL RENDON, MARTIN VALDEZ SR.,)
MARIA DE LA LUZ VALDEZ, MAGDA VALDEZ, ALVARO )
VALDEZ, OSCAR VALDEZ, MARTIN VALDEZ JR., NORMA )
VALDEZ, EFRAIN ORTIZ, MARISSA MARTINEZ, BLAS )
MARTINEZ SR., CONSUELO MARTINEZ, VANESSA )
MARTINEZ, BLAS MARTINEZ JR., JORGE MARTINEZ, )
JOSE MANUEL RIVAS SR., JOSE MANUEL RIVAS JR., )
RICARDO RIVERA, MARIA ARCADEA RIVERA, JESUS )
RIVERA, JULIAN RIVERA, MARIA DE LOS ANGELES )
VELASQUEZ, GREGORIO VELASQUEZ, )
JESSICA VELASQUEZ, GISELA VELASQUEZ, ERIKA )
VELASQUEZ, RAFAEL VELASQUEZ, ROEL VELASQUEZ, )
LILIA VILLARREAL, RAPHAEL VILLARREAL, JUAN LUCIO )
VILLARREAL, VERONICA VILLARREAL, MARIA )
VILLARREAL, MARIA LILIA VILLARREAL, BERENISA )
TREJO, JUAN TREJO, YVONNE TREJO, CHRISTIAN )
TREJO, and YZETTE TREJO, )
)
      Plaintiffs, ) Civil Action No. B-03-034
)
vs. ) JURY TRIAL REQUEST
)
TRISLER SEED FARMS, INC.; T.J. HALE; JUAN SAN )
MIGUEL; YOLANDA SAN MIGUEL SR.; and YOLANDA )
SAN MIGUEL JR., )
)
      Defendants. )

OPPOSED MOTION FOR ENTRY OF DEFAULT AS TO
DEFENDANTS JUAN SAN MIGUEL AND YOLANDA SAN MIGUEL SR.

COME NOW Plaintiffs in the above-styled and numbered cause and move the Court pursuant to Fed.R.Civ.P. 55(a) to enter default against Defendants Juan San Miguel and Yolanda San Miguel Sr. and would respectfully show the Court the following:

1. This civil action under the Agricultural Worker Protection Act (AWPA), 29 U.S.C. § 1801 et seq., the Fair Labor Standards Act (FLSA), 29 U.S.C. § 201 et seq., the Illinois Minimum Wage Law (MWL), 820 ILCS 105/1 et seq., the Illinois Wage Payment and Collection Act (IWPCA), 820 ILCS 115/1 et seq., the Illinois Farm Labor Contractor Certification Act (IFLCCA), 225 ILCS 505/1 et seq., and for breach of contract and assault was originally filed on February 7, 2003.

2. Defendant Juan San Miguel was personally served with a copy of the Summons, Complaint, and Order for Conference on February 12, 2003. This return of service of process was filed with the Court on the same day.

3. Defendant Yolanda San Miguel Sr. was personally served with a copy of the Summons, Complaint, and Order for Conference on February 12, 2003. This return of service of process was filed with the Court on the same day.

4. More than twenty days from the date of service has elapsed since the date on which Defendants Juan San Miguel and Yolanda San Miguel were served with a copy of the Summons, Complaint, and Order for Conference.

5. Defendants Juan San Miguel and Yolanda San Miguel Sr. each have failed to answer or otherwise defend as to Plaintiffs' Complaint, or serve a copy of any answer or other defense which they might have had upon the Plaintiffs' attorney of record.

6. Pursuant to Local Rule 5.6 this Motion is being served on Defendants Juan San Miguel and Yolanda San Miguel Sr. by certified mail (return receipt requested) to their last known permanent address.

WHEREFORE, premises considered, the Plaintiffs' request that this Motion be granted, that the Court enter default against Defendants Juan San Miguel and Yolanda San Miguel Sr., and that Plaintiffs be awarded all relief to which they may be justly entitled.

Respectfully submitted,

_Rodolfo Sanchez by Nathaniel N._

Rodolfo Sanchez
Texas Bar No. 17572100
S.D. No. 12600
TEXAS RURAL LEGAL AID, INC.
300 South Texas
Weslaco, TX 78596
Tel. 956-968-9574
Fax. 956-968-8823
Attorney-in-Charge for Plaintiffs

Nathaniel Norton
Texas Bar No. 24037196
S.D. No. 33422
TEXAS RURAL LEGAL AID, INC.
300 South Texas
Weslaco, TX 78596
Tel. 956-968-9574
Fax. 956-968-8823
Co-Counsel for Plaintiffs

Vincent H. Beckman, III
Illinois Bar No. 0152803
Admitted Pro Hac Vice
ILLINOIS MIGRANT LEGAL ASSISTANCE PROJECT
LEGAL ASSISTANCE FOUNDATION OF METROPOLITAN CHICAGO
407 S. Dearborn, Suite 350
Chicago, Illinois 60605
Tel. 312-423-5901
Fax. 312-427-0381
Co-Counsel for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on the \_\_16th\_\_ day of \_\_April\_\_, 2003, a true and correct copy of the preceding pleading was sent by certified mail, return receipt requested to:

Rex N. Leach
Atlas & Hall, L.L.P.
818 Pecan
McAllen, TX 78502-5501

Victoria Donati
Neal, Gerber & Eisenberg
2 N. LaSalle St., Ste. 2200
Chicago, IL 60602

Juan San Miguel
Rt. 6, Box 223
Weslaco, TX 78596

Yolanda San Miguel Sr.
Rt. 6, Box 223
Weslaco, TX 78596

Yolanda San Miguel Jr.
Rt. 6, Box 223
Weslaco, TX 78596

_____
Nathaniel Norton

## CERTIFICATE OF CONFERENCE

I hereby certify that on the \_\_10th\_\_ day of \_\_April\_\_, 2003, I spoke with Rex Leach, counsel for Trisler Seed Farms, Inc. and T.J. Hale. Rex Leach stated that he was opposed to this Motion.

_____
Nathaniel Norton