THE HONORABLE JOHN WM. BLACK

INITIAL PRETRIAL CONFERENCE

United States District Court
Southern District of Texas
FILED

JUN 0 3 2003

Michael N. Milby
Clerk of Court

CIVIL ACTION NO. B-03-034          DATE & TIME: 06-03-03 AT 1:30 P.M.

PROCOPIO CISNEROS, ET AL.          PLAINTIFF(S)  RODOLFO SANCHEZ
                                   COUNSEL       VINCENT H. BECKMAN
                                                 NATHANIEL NORTON
VS.

TRISLER SEED FARMS, INC., ET AL.   DEFENDANT(S)  REX N. LEACH
                                   COUNSEL       VALORIE GLASS

                                   PRO SE        JUAN SAN MIGUEL
                                   DEFENDANTS    YOLANDA SAN MIGUEL, SR.
                                                 YOLANDA SAN MIGUEL, JR.

---

ERO: Gabriel Mendieta
CSO: Roy Zepeda
Law Clerk: Nicole Gonzalez
Deputy: Paula Tamayo

Attorneys Rodolfo Sanchez, Nathaniel Norton and Rex Leach appeared. Pro Se Defendants Juan San Miguel, Yolanda San Miguel, Sr. and Yolanda San Miguel, Jr. appeared.

Defendants Juan San Miguel and Yolanda San Miguel, Sr. were discharged in a bankruptcy.

Plaintiffs' counsel will file a motion to reopen the bankruptcy.

Parties will file an agreed order by June 25, 2003 setting forth a procedure to develop this case while the motion in bankruptcy court is being resolved.