United States District Court
Southern District of Texas
ENTERED
JUN 2 6 2003
Michael N. Milby, Clerk of Court
By Deputy Clerk

United States District Court
Southern District of Texas
FILED
JUN 2 4 2003
Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

PROCOPIO RODRIGUEZ, et al. )
)
Plaintiffs, ) Civil Action No. B-03-034
)
vs. ) JURY TRIAL REQUEST
)
TRISLER SEED FARMS, INC., et al. )
)
Defendants. )

## AGREED ORDER PARTIALLY STAYING PROCEEDINGS

The Court held an initial pretrial and scheduling conference on June 3, 2003. Rodolfo Sanchez and Nathaniel Norton appeared as attorneys for Plaintiffs. Rex Leach appeared as attorney for Defendants Trisler Seed Farms, Inc. and T.J. Hale. Defendants Juan San Miguel, Yolanda San Miguel, Sr., and Yolanda San Miguel, Jr. appeared on their own behalf.

At the conference, the Plaintiffs and Juan San Miguel and Yolanda San Miguel, Sr. advised the Court that Defendants Juan San Miguel and Yolanda San Miguel, Sr. filed for Chapter 7 bankruptcy after Plaintiffs' claims arose but before this case was filed, and that in August they received a discharge in Bankruptcy Case No. 02-70099-M-7. The Plaintiffs also advised the Court that they did not receive notice of the bankruptcy filing of Juan San Miguel and Yolanda San Miguel, Sr. prior to the filing of this lawsuit.

The parties are hereby ordered:

1. Plaintiffs will file a motion in bankruptcy court to reopen Case No. 02-70099-M-7. Plaintiffs will ask that their claims be included in the bankruptcy, and that the bankruptcy court be given the opportunity to determine which, if any, of the Plaintiffs' claims in the instant case against Juan San Miguel and Yolanda San Miguel, Sr. were discharged.

2. This lawsuit is stayed as to Juan San Miguel and Yolanda San Miguel, Sr. until such time as the Bankruptcy Court has made the above-referenced determination or until otherwise ordered by the Court.

3. While the lawsuit is stayed as to Juan San Miguel and Yolanda San Miguel, Sr. the remaining parties may not conduct depositions until otherwise ordered by the Court, but may otherwise proceed with written discovery among themselves.

4.    The parties, either in person or through counsel, shall appear at a status conference on  SEPTEMBER 23, 2003 AT 1:30 P.M.

APPROVED AND FILED this the 24TH day of June, 2003, at Brownsville, Texas.

_____
UNITED STATES MAGISTRATE JUDGE

APPROVAL RECOMMENDED

_____      June 18, 2003
Rodolfo D. Sanchez      Date
Attorney in Charge for Plaintiffs
Procopio Rodriguez, et al.

_____      June 18, 2003
Rex Leach w/permission NN      Date
Rex Leach
Attorney in charge for Defendants
Trisler Seed Farms and T.J. Hale

_____      6-20-03
Juan San Miguel      Date
Defendant, pro se

_____      6-20-03
Yolanda San Miguel, Sr.      Date
Defendant, pro se

_____      6-20-03
Yolanda San Miguel, Jr.      Date
Defendant, pro se