/9

 **LSC**

LAW OFFICES OF
## TEXAS RURAL LEGAL AID, INC.
Farmworker Division
300 SOUTH TEXAS BLVD.
WESLACO, TEXAS 78596

Telephone (956) 968-9574                                       FAX (956) 968-8823
(800) 369-0574

Via Fax: 956-548-2792

United States District Court
Southern District of Texas
FILED

September 22, 2003

SEP 2 2 2003

U.S. Magistrate Judge Black
Attn: Nicole                                                   Michael N. Milby
600 E. Harrison                                                Clerk of Court
Brownsville, TX 78521

    Re:    Procopio Rodriguez, et al. v. Trisler Seed Farms, Inc., et al., Civil Action
           No. B-03-034

Dear Judge Black:

Attached please find for filing in the above-referenced case, a Joint Status Report and Request for Continuance. As you know, we have a status conference scheduled for tomorrow, Tuesday, September 23, 2003 at 1:30 p.m. The parties ask that this status conference be continued.

I will send the original to the District Clerk for filing.

Please don't hesitate to call me with any questions or concerns. Thank you.

Sincerely yours,

Nathaniel Norton
Staff Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| PROCOPIO RODRIGUEZ, et al. | ) |
| | ) |
| Plaintiffs, | ) Civil Action No. B-03-034 |
| | ) |
| vs. | ) JURY TRIAL REQUEST |
| | ) |
| TRISLER SEED FARMS, INC., et al. | ) |
| | ) |
| Defendants. | ) |

**JOINT STATUS REPORT AND REQUEST FOR CONTINUANCE**

Plaintiffs, Defendant Trisler Seed Farms, Inc. (Trisler), Defendant T.J. Hale (Hale), and Defendant Yolanda San Miguel, Jr., submit this joint status report at the request of the Court.

1. At the June 3, 2003, initial pretrial and scheduling conference Plaintiffs and Juan San Miguel and Yolanda San Miguel, Sr. advised the Court that Defendants Juan San Miguel and Yolanda San Miguel, Sr. had received a discharge in a Chapter 7 bankruptcy proceeding. Plaintiffs advised the Court that they wished to challenge the dischargeability of certain debts related to the instant case.
2. On June 24, 2003, this Court partially stayed the proceedings so that Plaintiffs could petition the bankruptcy court to reopen Defendant Juan San Miguel and Defendant Yolanda San Miguel's Chapter 7 bankruptcy (Bankruptcy Case No. 02-70099-M-7).
3. Plaintiffs filed a motion to reopen the bankruptcy case and an order granting this motion was signed Judge Schmidt.
4. Plaintiffs have filed a Complaint to Determine Non-Dischargeability of Debt. The deadline for debtors/defendants' answer has not passed and no hearing has been set.
5. The proceedings in the instant case were not stayed with regard to written discovery among the Plaintiffs, Defendants Trisler and Hale, and Defendant Yolanda San Miguel, Jr.
6. Defendants Trisler and Hale provided Plaintiffs with partial initial disclosures and Plaintiffs provided Defendants Trisler and Hale and Defendant Yolanda San Miguel, Jr. with initial disclosures.
7. Plaintiffs recently served requests for production on Defendant Trisler and interrogatories on Defendants Trisler and Hale, but the deadline for responses to this written discovery has not passed.
8. A status conference in this case is set for Tuesday, September 23rd at 3:30 p.m.

In light of the facts outlined above and the fact that Bankruptcy Court has not made a determination as to the dischargeability of Plaintiffs claims against Defendants Juan San Miguel and Yolanda San Miguel, Sr., the parties request that the status conference scheduled for

September 23, 2003 be continued.

Respectfully submitted,

Rodolfo Sanchez
Texas Bar No. 17572100
S.D. No. 12600
Attorney-in-charge for Plaintiffs
Nathaniel Norton
Texas Bar No. 24037196
S.D. No. 33422
Co-Counsel for Plaintiffs

TEXAS RURAL LEGAL AID, INC.
300 South Texas
Weslaco, TX 78596
Ph: 956-968-9574
Fax: 956-968-8823

for Rex N. Leach w/permission by Rodolfo J. Sanchez
Rex N. Leach
State Bar No. 12086300
Federal I.D. No. 8244
P.O. Box 3725
McAllen, TX 78502-3725
Tel. 956-682-5501
Fax. 956-686-6109
Attorney in Charge for Defendants

Yolanda San Miguel, Jr.
Defendant, pro se

September 19, 2003