

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

## ORDER

| | | |
|---|---|---|
| PROCOPIO RODRIGUEZ, ET AL. | § § | |
| VS. | § § | CIVIL ACTION NO. B-03-034 |
| TRISLER SEED FARMS, INC., ET AL. | § | |

TYPE OF CASE:  __X__ CIVIL                              ____ CRIMINAL

**TAKE NOTICE that the proceeding in this case has been continued as indicated below:**

TYPE OF PROCEEDING:

**STATUS CONFERENCE**

| PLACE: | ROOM NO.: |
|---|---|
| **UNITED STATES FEDERAL COURTHOUSE** <br> **600 E. HARRISON STREET** <br> **BROWNSVILLE, TEXAS** | **SECOND FLOOR COURTROOM, #2** |
| DATE AND TIME PREVIOUSLY SCHEDULED: | CONTINUED TO DATE AND TIME: |
| **SEPTEMBER 23, 2003 AT 1:30 P.M.** | **DECEMBER 17, 2003 AT 1:30 P.M.** |

JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE: SEPTEMBER 22, 2003

TO: MR. RODOLFO SANCHEZ
 MR. VINCENT BECKMAN
 MR. NATHANIEL NORTON
 MR. REX LEACH
 MS. VALORIE GLASS
 MR. JUAN SAN MIGUEL
 MS. YOLANDA SAN MIGUEL, SR.
 MS. YOLANDA SAN MIGUEL, JR.