

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

SEP 2 4 2003

Michael N. Milby
Clerk of Court

| | |
|---|---|
| PROCOPIO RODRIGUEZ, et al. | ) |
| | ) |
| Plaintiffs, | ) Civil Action No. B-03-034 |
| | ) |
| vs. | ) JURY TRIAL REQUEST |
| | ) |
| TRISLER SEED FARMS, INC., et al. | ) |
| | ) |
| Defendants. | ) |

**JOINT STATUS REPORT AND REQUEST FOR CONTINUANCE**

Plaintiffs, Defendant Trisler Seed Farms, Inc. (Trisler), Defendant T.J. Hale (Hale), and Defendant Yolanda San Miguel, Jr., submit this joint status report at the request of the Court.

1. At the June 3, 2003, initial pretrial and scheduling conference Plaintiffs and Juan San Miguel and Yolanda San Miguel, Sr. advised the Court that Defendants Juan San Miguel and Yolanda San Miguel, Sr. had received a discharge in a Chapter 7 bankruptcy proceeding. Plaintiffs advised the Court that they wished to challenge the dischargeability of certain debts related to the instant case.
2. On June 24, 2003, this Court partially stayed the proceedings so that Plaintiffs could petition the bankruptcy court to reopen Defendant Juan San Miguel and Defendant Yolanda San Miguel's Chapter 7 bankruptcy (Bankruptcy Case No. 02-70099-M-7).
3. Plaintiffs filed a motion to reopen the bankruptcy case and an order granting this motion was signed Judge Schmidt.
4. Plaintiffs have filed a Complaint to Determine Non-Dischargeability of Debt. The deadline for debtors/defendants' answer has not passed and no hearing has been set.
5. The proceedings in the instant case were not stayed with regard to written discovery among the Plaintiffs, Defendants Trisler and Hale, and Defendant Yolanda San Miguel, Jr.
6. Defendants Trisler and Hale provided Plaintiffs with partial initial disclosures and Plaintiffs provided Defendants Trisler and Hale and Defendant Yolanda San Miguel, Jr. with initial disclosures.
7. Plaintiffs recently served requests for production on Defendant Trisler and interrogatories on Defendants Trisler and Hale, but the deadline for responses to this written discovery has not passed.
8. A status conference in this case is set for Tuesday, September 23rd at 3:30 p.m.

In light of the facts outlined above and the fact that Bankruptcy Court has not made a determination as to the dischargeability of Plaintiffs claims against Defendants Juan San Miguel and Yolanda San Miguel, Sr., the parties request that the status conference scheduled for

September 23, 2003 be continued.

                                  Respectfully submitted,

                                  Rodolfo Sanchez
                                  Texas Bar No. 17572100
                                  S.D. No. 12600
                                  Attorney-in-charge for Plaintiffs
                                  Nathaniel Norton
                                  Texas Bar No. 24037196
                                  S.D. No. 33422
                                  Co-Counsel for Plaintiffs

                                  TEXAS RURAL LEGAL AID, INC.
                                  300 South Texas
                                  Weslaco, TX 78596
                                  Ph: 956-968-9574
                                  Fax: 956-968-8823

                                  f/- Rex N. Leach w/permission by Rodolfo J. Sanchez
                                  State Bar No. 12086300
                                  Federal I.D. No. 8244
                                  P.O. Box 3725
                                  McAllen, TX 78502-3725
                                  Tel. 956-682-5501
                                  Fax. 956-686-6109
                                  Attorney in Charge for Defendants

                                  Yolanda San Miguel, Jr.
                                  Defendant, pro se

September 19, 2003