United States District Court
Southern District of Texas
FILED

NOV 21 2003

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| PROCOPIO RODRIGUEZ, et al. ) | |
| ) | |
| Plaintiffs, ) | Civil Action No. B-03-034 |
| ) | |
| vs. ) | JURY TRIAL REQUEST |
| ) | |
| TRISLER SEED FARMS, INC., et al. ) | |
| ) | |
| Defendants. ) | |

### PLAINTIFFS' UNOPPOSED SECOND MOTION FOR CONTINUANCE

Plaintiffs file this Unopposed Second Motion for Continuance and would show the Court as follows:

1. At the June 3, 2003, initial pretrial and scheduling conference Plaintiffs and Juan San Miguel and Yolanda San Miguel, Sr. advised the Court that Defendants Juan San Miguel and Yolanda San Miguel, Sr. had received a discharge in a Chapter 7 bankruptcy proceeding. Plaintiffs advised the Court that they wished to challenge the dischargeability of certain debts related to the instant case.

2. On June 24, 2003, this Court partially stayed the proceedings so that Plaintiffs could petition the bankruptcy court to reopen Defendant Juan San Miguel and Defendant Yolanda San Miguel's Chapter 7 bankruptcy (Bankruptcy Case No. 02-70099-M-7).

3. Plaintiffs filed a motion to reopen the bankruptcy case and an order granting this motion was signed Judge Schmidt. Plaintiffs subsequently filed a Complaint to Determine Non-Dischargeability of Debt.

4. This Court granted a continuance on September 23, 2003 in order to allow the bankruptcy court more time to make its determination.

5. Defendant-Debtors filed a Motion to Dismiss for Failure to State Cause of Action. Plaintiffs have filed a response to this motion and their own motion asking the bankruptcy court to determine which of Plaintiffs' claims are of the type which are non-dischargeable and to then refer the case back to this Court, or alternatively to allow Plaintiffs to proceed with their case in this Court and return to the bankruptcy court once this Court has entered judgment.

6. The hearing on the above motions is set for December 17, 2003, the same day this Court has set a status conference in this case. The status conference is this case is presently set for December 17, 2003 at 1:30 p.m.

6. This motion is not filed to delay this case but so the interests of justice will be served.

In light of the facts outlined above, the Plaintiffs request a short continuance and ask that the Court reset the status conference for sometime in early January.

Respectfully submitted,

Rodolfo Sanchez
Texas Bar No. 17572100
S.D. No. 12600
Attorney-in-charge for Plaintiffs

Nathaniel Norton
Texas Bar No. 24037196
S.D. No. 33422
Co-Counsel for Plaintiffs

TEXAS RURAL LEGAL AID, INC.
300 South Texas
Weslaco, TX 78596
Ph: 956-968-9574
Fax: 956-968-8823

### CERTIFICATE OF SERVICE

I hereby certify that on the 17th day of November, 2003, a true and correct copy of the preceding pleading was sent by U.S. Mail to:

Rex N. Leach
Atlas & Hall, L.L.P.
818 Pecan
McAllen, TX 78502-5501

Yolanda San Miguel, Jr.
Rt. 6, Box 223
Weslaco, TX 78596

While these proceedings are stayed as to the following Defendants, a courtesy copy was sent via U.S. Mail to:

Yolanda San Miguel, Sr.
Rt. 6, Box 223
Weslaco, TX 78596

Juan San Miguel
Rt. 6, Box 223
Weslaco, TX 78596

_____
Nathaniel Norton

### CERTIFICATE OF CONFERENCE

I certify that on November 14, 2003, Rex Leach, attorney for Defendants Trisler Seed Farms, Inc. and T.J. Hale told me that he was unopposed to this motion and that on November 17, 2003, Defendant Yolanda San Miguel, Jr. told me she was unopposed to this motion. Later that day, however, her parents called and said that she was opposed.

_____
Nathaniel Norton