23

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District **Court**
Southern District of **Texas**
ENTERED

DEC 0 1 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| PROCOPIO RODRIGUEZ, et al. | ) | |
| | ) | |
| Plaintiffs, | ) | Civil Action No. B-03-034 |
| | ) | |
| vs. | ) | JURY TRIAL REQUEST |
| | ) | |
| TRISLER SEED FARMS, INC., et al. | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

On this day came on to be considered Plaintiffs' Unopposed Second Motion for Continuance.

After due consideration, the Court GRANTS Plaintiffs' motion. The Court ORDERS that the status conference presently set for December 17, 2003 at 1:30 p.m. be continued to the _14TH_ day of _JANUARY_, 200_4_ at _1:30_ a.m./p.m.

Done at Brownsville, Texas, on this _1ST_ day of _DECEMBER_, 200_3_.

_____
THE HONORABLE JOHN WM. BLACK
UNITED STATES MAGISTRATE JUDGE