United States District Court
Southern District of Texas
FILED

JAN 1 4 2004

Michael N. Milby
Clerk of Court

THE HONORABLE JOHN WM. BLACK

STATUS CONFERENCE

| | |
|---|---|
| CIVIL ACTION NO. B-03-034 | DATE & TIME: 01-14-04 AT 1:30 P.M. |
| PROCOPIO CISNEROS, ET AL. | PLAINTIFF(S) RODOLFO SANCHEZ<br>COUNSEL VINCENT H. BECKMAN<br>NATHANIEL NORTON |
| VS. | |
| TRISLER SEED FARMS, INC., ET AL. | DEFENDANT(S) REX N. LEACH<br>COUNSEL VALORIE GLASS |
| | PRO SE JUAN SAN MIGUEL<br>DEFENDANTS YOLANDA SAN MIGUEL, SR.<br>YOLANDA SAN MIGUEL, JR. |

CSO: Dan Figueroa
ERO: Betha Vasquez

Motions filed in bankruptcy case have not been ruled on.

Attorneys will file an agreed scheduling order. Trial to be held in November, 2004.

Motion and Order will be filed by Plaintiff's attorneys asking that the Pro Se Defendants not communicate with Plaintiffs directly.

The new address for Juan, Yolanda, Sr. and Yolanda, Jr. San Miguel is 900 W. Mile 10 Rd. N., Weslaco, TX 78596. Clerk will make correction on the docket sheet.