UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

FEB 0 6 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

| | | |
|---|---|---|
| PROCOPIO RODRIGUEZ, et al. | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | Civil Action No. B-03-034 |
| | ) | |
| TRISLER SEED FARMS, INC., et al. | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Defendants Juan San Miguel, Yolanda San Miguel, Sr., and Yolanda San Miguel, Jr. are hereby ORDERED to refrain from communicating about this lawsuit with any of the Plaintiffs in this lawsuit until such time as a final judgment is entered with regard to Defendants Juan San Miguel, Yolanda San Miguel, Sr., and Yolanda San Miguel, Jr.

Done at Brownsville, Texas, on this 3RD day of FEBRUARY, 2004.

_____
THE HONORABLE JOHN WM. BLACK
UNITED STATES MAGISTRATE JUDGE