United States District Court
Southern District of Texas
FILED

FEB 2 3 2004

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| PROCOPIO RODRIGUEZ, et al. ) | |
| ) | |
| Plaintiffs, ) | Civil Action No. B-03-034 |
| ) | |
| vs. ) | |
| ) | |
| TRISLER SEED FARMS, INC., et al. ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF FILING

Plaintiffs hereby file a copy of an order issued by the bankruptcy court in Bankruptcy Case No. 02-70099 granting Plaintiffs relief from the stay in that case and allowing them to prosecute their claims in this action against Juan San Miguel and Yolanda San Miguel, Sr. (attached as Exhibit A).

With the filing of this notice, Plaintiffs will now proceed with the prosecution of their claims against Defendants Juan San Miguel and Yolanda San Miguel, Sr. in Civil Action No. B-03-034.

Respectfully submitted,

TEXAS RIOGRANDE LEGAL AID, INC.
300 South Texas
Weslaco, TX 78596
Ph: 956-968-9574
Fax: 956-968-8823

Rodolfo D. Sanchez
Texas Bar No. 17572100
S.D. No. 12600
Attorney-in-charge for Plaintiffs

Nathaniel Norton
Texas Bar No. 24037196

S.D. No. 33422
Co-Counsel for Plaintiffs

Vincent H. Beckman, III
Co-counsel
Illinois Bar No. 0152803
ILLINOIS MIGRANT LEGAL
ASSISTANCE PROJECT
LEGAL ASSISTANCE FOUNDATION OF
CHICAGO
407 S. Dearborn, Ste. 350
Chicago, IL 60605
Ph: 312-423-5901
Fax: 312-427-0381

## CERTIFICATE OF SERVICE

I hereby certify that on the 19th day of February, 2004, a true and correct copy of this Notice of Filing was sent by U.S. Mail to:

Rex N. Leach
Atlas & Hall, L.L.P.
818 Pecan
P.O. Drawer 3725
McAllen, TX 78502-5501

Jason C. Kim
Neal, Gerber & Eisenberg
2 N. La Salle St.
Chicago, IL 60602-3801

Yolanda San Miguel, Jr.
900 W. Mile 10 Rd.
Weslaco, TX 78596

Yolanda San Miguel, Sr.
900 W. Mile 10 Rd.
Weslaco, TX 78596

Juan San Miguel
900 W. Mile 10 Rd.
Weslaco, TX 78596

_____
Nathaniel Norton