United States District Court
Southern District of Texas
ENTERED

MAR 1 0 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| PROCOPIO RODRIGUEZ, et al. ) | |
| ) | |
| Plaintiffs, ) | Civil Action No. B-03-034 |
| ) | |
| vs. ) | |
| ) | |
| TRISLER SEED FARMS, INC., et al. ) | |
| ) | |
| Defendants. ) | |

## SCHEDULING ORDER

The disposition of this case will be controlled by the following schedule:

1.  **Experts:**            September 17, 2004

    Expert disclosures shall be made by this date.

2.  **New Parties:**        November 16, 2004

    Additional parties shall be joined, with leave of Court, by this date. The attorney causing the addition of a new party will provide such party with a copy of this order.

3.  **Motion for Extension:** December 12, 2004

    Motions for Extension of time to complete discovery shall be filed by this date.

4.  **Discovery:**          December 12, 2004

    All discovery shall be completed by this date, unless the parties have agreed in writing to extend this deadline or the Court has granted a motion for extension. Written discovery requests are not timely if responses thereto would not be due until after this deadline.

5.  **Amendments to Pleadings:** December 16, 2004

    Pleading amendments, with leave of Court if required by the Federal Rules of Civil Procedure, shall be made by this date.




6.  **Motions Deadline:**         January 3, 2005

    All other motions, including dispositive motions and <u>Daubert</u> motions to strike expert testimony, must be filed by this date.

7.  **Motions Hearing:**          January 17, 2005 **at 1:30 p.m. before Magistrate Judge John Wm. Black.**

8.  **Joint Pretrial Order:**     February 1, 2005

    A Joint Pretrial Order in the form prescribed by Appendix B of the Local Rules shall be filed by this date.

9.  **Final Pretrial Conference:** February 15, 2005 **at 1:30 p.m. before Magistrate Judge John Wm. Black.**

Done at Brownsville, Texas, on this 5th day of MARCH, 2004.

_____
THE HONORABLE JOHN WM. BLACK
UNITED STATES MAGISTRATE JUDGE

Agreed to by:

_____  2/25/04
Rex Leach w/ permission NN      date
Attorney for Defendants
Trisler Seed Farms, Inc.
and T.J. Hale

_____  2/26/04
Rodolfo Sanchez                 date
Attorney for Plaintiffs

_____  3/2/04
Yolanda San Miguel, Jr.         date
Defendant

_____  3-2-04
Yolanda San Miguel, Sr.         date
Defendant

_____  3-2-04
Juan San Miguel                 date
Defendant