IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
-BROWNSVILLE DIVISION-

United States District Court
Southern District of Texas
ENTERED

MAR 17 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| PROCOPIO RODRIGUEZ, et.al., § | |
| Plaintiffs, § | |
| § | |
| VS. § | |
| § | CIVIL ACTION NO. B-03-034 |
| TRISLER SEED FARMS, INC. et.al., § | |
| Defendants. § | |

## ORDER

Pending before the Court is Plaintiff's Opposed Motion for Entry of Default (Docket No. 15) as to Defendants Juan San Miguel and Yolanda San Miguel Sr., filed April 17, 2003, pursuant to FED. R. CIV. P. 55(a). The above defendants appeared at a status conference before Magistrate Judge John Wm. Black on June 3, 2003, and informed the Court they had no legal representation and were proceeding pro se. As of the date of this order, the above defendants are not represented by counsel in this matter. In consideration of the status of the above defendants in this case, the Motion for Entry of Default is moot.

IT IS ORDERED that Plaintiff's Motion for Entry of Default (Docket No. 15) is hereby MOOT.

DONE at Brownsville, Texas, this 17th day of March, 2004.

_____
John Wm. Black
United States Magistrate Judge