| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

## MOTION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

| Division | BROWNSVILLE | Case Number | B-03-034 |
|---|---|---|---|
| Procopio Rodriguez, et al., | | | |
| *versus* | | | |
| Trisler Seed Farms, Inc., et al. | | | |

**This lawyer, who is admitted either to the State Bar of Texas or to another federal district court:**

| Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number<br>Admitted U.S. District Court for: | Michael C. Keberlein Gutiérrez<br>Illinois Migrant Legal Assistance Project<br>Legal Asst. Foundation of Metro-Chicago<br>407 S. Dearborn, Chicago, IL  60605<br>(Tel)312-423-5902 (Fax) 312-427-0381<br>IL Bar 6279606 ; WI Bar 1041788<br>IL - Northern and Central Districts |
|---|---|

**Seeks to appear as the attorney for this party:**

| Co-Counsel for Plaintiffs Procopio Rodriguez, et. al. |
|---|

| Dated: 04/16/2004 | Signed: |
|---|---|

| **ORDER** |
|---|

**This lawyer is admitted *pro hac vice.***

Signed on _____, _____.

_____
**United States District Judge**