UNITED STATES DISTRICT COURT        SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
ENTERED

APR 27 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

## MOTION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

| Division | BROWNSVILLE | Case Number | B-03-034 |
|---|---|---|---|

Procopio Rodriguez, et al.,

*versus*

Trisler Seed Farms, Inc., et al.

This lawyer, who is admitted either to the State Bar of Texas or to another federal district court:

| | |
|---|---|
| Name | Michael C. Keberlein Gutiérrez |
| Firm | Illinois Migrant Legal Assistance Project |
| Street | Legal Asst. Foundation of Metro-Chicago |
| City & Zip Code | 407 S. Dearborn, Chicago, IL 60605 |
| Telephone | (Tel)312-423-5902 (Fax) 312-427-0381 |
| Licensed: State & Number | IL Bar 6279606 ; WI Bar 1041788 |
| Admitted U.S. District Court for | IL - Northern and Central Districts |

Seeks to appear as the attorney for this party:

Co-Counsel for Plaintiffs Procopio Rodriguez, et. al.

| Dated: 04/16/2004 | Signed: _____ |
|---|---|

### ORDER

This lawyer is admitted *pro hac vice.*

Signed on 26 APRIL, 2004        _____
United States ~~District~~ Judge
MAGISTRATE