United States District Court
Southern District of Texas
ENTERED

MAY 2 8 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk D. Ahumada

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 02-70099 |
| Juan A. San Miguel and | § | (Chapter 7) |
| Yolanda San Miguel, | § | |
| Debtors. | § | |
| | § | |
| Procopio Rodriguez, et al. | § | |
| | § | |
| vs. | § | Adversary No. 03-07024 |
| | § | |
| Juan A. San Miguel and | § | |
| Yolanda San Miguel | § | |

### ORDER FOR WITHDRAWAL OF REFERENCE

Based upon the Bankruptcy Court's Report and Recommendation to the District Court for Withdrawal of Reference, it is hereby

ORDERED that the reference be withdrawn as to the above styled adversary proceeding. The parties have already consented to trial by Magistrate Judge John William Black, and this matter is hereby referred to him for consideration with the case styled <u>Procopio Rodriguez, et. al. v. Trisler Seed Farms, Inc., et. al.</u>, Cause No. B-03-034.

Signed this 28th day of May, 2004.

Andrew S. Hanen
United States District Judge