IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

AUG 1 8 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| PROCOPIO RODRIGUEZ, et al. § | |
| Plaintiffs, § | |
| § | |
| VS. § | |
| § | CIVIL ACTION NO. B-03-034 |
| TRISLER SEE FARMS, INC., et al. § | |
| Defendants § | |

### ORDER NUNC PRO TUNC

On May 28, 2004, United States District Judge, Andrew S. Hanen, signed an Order for Withdrawal of Reference upon the Bankruptcy Court's Report and Recommendation to the District Court (Docket No. 31).

Pursuant to FED. R. CIV. P. 60(a), the Court, upon its own initiative, may correct clerical errors in previous judgments, orders or other parts of the record, arising from oversight or omission. After review of the file, it appears that there is an error in the order stating that the parties had already consented to trial by Magistrate John Wm. Black. Such consent to exercise jurisdiction by a United States Magistrate Judge has not been entered.

DONE at Brownsville, Texas, this 18th day of August, 2004

_____
Andrew S. Hanen
United States District Court