IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

AUG 1 8 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

| | | |
|---|---|---|
| PROCOPIO RODRIGUEZ, et al. | § | |
|    Plaintiffs | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. B-03-034 |
| | § | |
| TRISLER SEED FARMS, INC., et al. | § | |
|    Defendants | § | |

## ORDER

Pending before the court is Plaintiff's, Procopio Rodriguez's, et al., Motion to Compel an Answer to Complaint, Initial Disclosures, Answers to Interrogatories and Responses to Request for Production of Documents (Docket No. 32).

It is hereby **ORDERED** that a **HEARING** be had on Thursday, September 9, 2004 at 1:30pm.

DONE at Brownsville, Texas, this 18th day of August, 2004.

                                                    John Wm. Black
                                            United States Magistrate Judge