# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

| | | |
|---|---|---|
| PROCOPIO RODRIGUEZ, et al., <br>    Plaintiffs, | § § § | |
| VS. | § § | CIVIL ACTION NO. B-03-034 |
| TRISLER SEED FARMS, INC., et al., <br>    Defendants. | § § § | |

## ORDER

Pending before the Court is Plaintiff's, Procopio Rodriguez's, et al., Motion to Compel an Answer to Complaint, Initial Disclosures, Answers to Interrogatories and Responses to Request for Production of Documents (Docket No. 32).

IT IS HEREBY **ORDERED** that Defendant's Juan San Miguel, Yolanda San Miguel Sr., and Yolanda San Miguel Jr., file a written answer to Plaintiff's Original Complaint, provide Plaintiff's with Initial Disclosures, and answer without objection, each interrogatory asked of each Defendant.

IT IS FURTHER **ORDERED** that Juan San Miguel and Yolanda San Miguel Sr., provide without objection, responses to requests for production of documents.

Defendant's shall have 10 days from the date this order is signed to comply with this Order.

SIGNED at Brownsville, Texas, this 9th day of September, 2004.

John Wm. Black
United States Magistrate Judge