THE HONORABLE JOHN WM. BLACK

**MOTION HEARING**

| | |
|---|---|
| CIVIL ACTION NO. B-03-034 | DATE & TIME: 09-09-04 AT 1:30 P.M.-2:00 P.M. |
| PROCOPIO CISNEROS, ET AL. | PLAINTIFF(S) RODOLFO SANCHEZ |
| | COUNSEL VINCENT H. BECKMAN |
| | NATHANIEL NORTON |
| VS. | |
| TRISLER SEED FARMS, INC., ET AL. | DEFENDANT(S) REX N. LEACH |
| | COUNSEL VALORIE GLASS |
| JUAN SAN MIGUEL | |
| YOLANDA SAN MIGUEL, SR. | DEFENDANT(S) |
| YOLANDA SAN MIGUEL, JR. | COUNSEL ROBERTO GUERRERO |

CSO: Dan Figueroa
ERO: Rosi D'Venturi
Law Clerk: Eugenia Ponce

    Attorneys Rodolfo Sanchez, Rex Leach and Roberto Guerrero appeared.

    Attorney Guerrero has not filed a Notice of Appearance, he told Judge Black that the Notice will be filed today.

    The Court **ORDERED** that Defendant's Juan San Miguel, Yolanda San Miguel Sr., and Yolanda San Miguel Jr., file a written answer to Plaintiff's Original Complaint, provide Plaintiff's with Initial Disclosures, and answer without objection, each interrogatory asked of each Defendant.

    The Court also **ORDERED** that Juan San Miguel and Yolanda San Miguel Sr., provide without objection, responses to requests for production of documents. Defendant's must comply with the order within 10 days the order is signed.