UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| **PROCOPIO RODRIGUEZ, et al.** ) | |
| ) | |
| Plaintiffs, ) | Civil Action No. B-03-034 |
| ) | |
| vs. ) | |
| ) | |
| **TRISLER SEED FARMS, INC., et al.** ) | |
| ) | |
| **Defendants.** ) | |

## PLAINTIFFS' MOTION FOR SANCTIONS

COME NOW PLAINTIFFS Procopio Rodriguez, et al., who hereby move the Court to Sanction Defendants Juan San Miguel, Yolanda San Miguel Sr., and Yolanda San Miguel Jr., for failing to comply with this Court's Order dated September 9, 2004 requiring them to file an Answer to the Complaint, serve initial disclosures, serve answers to interrogatories, and serve responses to request for production of documents. In support of this motion, Plaintiffs respectfully show as follows:

1.　　On September 9, 2004 this Court signed an Order requiring "that Defendant Juan San Miguel, Yolanda Miguel Sr., and Yolanda San Miguel Jr., file a written answer to Plaintiffs' Original Complaint, provide Plaintiff's with Initial Disclosures, and answer without objection, each interrogatory asked of each Defendant. The Court order also required that "Juan San Miguel and Yolanda San Miguel Sr. provide without objection, responses to requests for production of documents." The Court's September 9, 2004 is on file with the Court and it is incorporated by reference.

2. The Court allowed the Defendants 10 days to comply with the September 9, 2004 Order; therefore, the Defendant's had until September 20, 2004 to comply with the Court's mandate.

3. Juan San Miguel, Yolanda San Miguel Sr., and Yolanda San Miguel Jr., have not complied with the Court's September 9, 2004 Order because they have not filed an answer to Plaintiffs' Original Complaint.

4. Juan San Miguel, Yolanda San Miguel Sr., and Yolanda San Miguel Jr., Defendants have not complied with the Court's September 9, 2004 Order because they have not tendered initial disclosures.

5. The Defendant's have tendered interrogatory answers and responses to request for production, the answers and interrogatory answers; however, their discovery responses do not comply with the September 9, 2004 order because the responses are incomplete, evasive, and the responses contain objections.[1]

6. On September 17, 2004 the Plaintiffs sent a letter to Roberto Guerrero, the attorney representing the Defendants, explaining in detail the ways in which their discovery responses did not comply with the Court's September 9, 2004 Order, and requesting that the Defendants cure the deficiencies.[2] A copy of this letter is attached as Exhibit A and it is incorporated by reference for all purposes. Mr. Guerrero has not responded to Plaintiffs' letter.

---

[1] The Defendants served discovery responses shortly before the September 9, 2004 hearing on Plaintiffs' Motion to Compel. Yolanda San Miguel Jr.'s Response to First Set of Interrogatories is attached as Exhibit B; Yolanda San Miguel Sr.'s Response to First Set of Interrogatories is attached as Exhibit C; Juan San Miguel's Response to First Set of Interrogatories is attached as Exhibit D; Yolanda San Miguel Sr.'s Response to Plaintiffs' First Request for Production of Documents is attached as Exhibit E; and Juan San Miguel's Response to Plaintiffs' First Request for Production of Documents is attached as Exhibit F. These exhibits are incorporated by reference into this motion for all purposes.

[2] Roberto Guerrero entered an appearance at the September 9, 2004 hearing on Plaintiffs' Motion to Compel. Mr. Guerrero was instructed to file a written entry of appearance, but he has not yet done so.

7. Yolanda San Miguel Jr.'s Interrogatory Answers, attached as Exhibit B, do not comply with the Court's September 9, 2004 Order because: 1) Ms. San Miguel did not answer Interrogatories No.'s 5, 8, 11, 13, and 18; 2) Ms. San Miguel objected to Interrogatories No.'s 3, 14, 15, and 17; and 3) Ms. San Miguel provided incomplete and/or evasive answers to Interrogatory No.'s 2, 6, 9, and 10.[3]

8. Yolanda San Miguel Sr.'s Interrogatory Answers, attached as Exhibit C, do not comply with the Court's September 9, 2004 Order because: 1) Mrs. San Miguel objected to interrogatories No.'s 4, 13, and 15; and 2) Mrs. San Miguel also provided incomplete, evasive, or inaccurate answers to interrogatories No.'s 2, 3, 5, 6, 7, 8, 9, 10, 11, 12, 13, 15, 16, 17, 18, 19, and 20.[4]

9. Juan San Miguel's Interrogatory Answers, attached as Exhibit D, do not comply with the Court's September 9, 2004 Order because: 1) Mr. San Miguel objected to Interrogatories 4, 7, 16, and 20; and 2) Mr. San Miguel also provided incomplete, evasive, or inaccurate answers to interrogatories 2, 3, 6, 7, 8, 9, 10, 11, 12, 13, 15, 16, 17, 18, 19, and 22.[5]

10. Yolanda San Miguel Sr.'s Responses to Plaintiffs' document request, attached as Exhibit E, do not comply with the Court's September 9, 2004 Order because the responses are incomplete. In this respect, in response to the 38 requests, Mrs. San Miguel tendered a single, one page document and a citation to a government form. More specifically, in response to 17 of the requests (Response to No.'s 1, 2, 3, 5, 6, 8, 9, 12, 13, 14, 15, 17, 21, 23, 27, 30, and 36) Mrs. San Miguel responds by stating "None, but probably available with Trisler Seed Farms". Six other responses, (Responses to No.'s 19, 20, 22, 24, 26, and 35), are a variation of this response.

---

[3] The specific deficiencies in Ms. San Miguel's interrogatories are detailed in Exhibit A, pages 1-2.

[4] The specific deficiencies in Mrs. San Miguel's interrogatories are detailed in Exhibit A, pages 2 - 5.

[5] The specific deficiencies in Mr. San Miguel's interrogatories are detailed in Exhibit A, pages 5 – 8.

For example, the response to request 19 is "None available at this time". These responses are evasive and incomplete. Pursuant to Federal Rule of Civil Procedure 34(a)(1) Mrs. San Miguel is required to produce documents that are in her possession, custody, or control. This includes not only documents that are in her physical possession, but also documents that she has constructive possession of, or documents that she has the right to obtain the possession from others.

11. Yolanda San Miguel Sr.'s Responses to Plaintiffs' document request are also deficient because: 1) Mrs. San Miguel improperly objected to request for production number 31 and request for production number 37; and 2) the responses to request number 28 and request for production number 29 are non-responsive.

12. Yolanda San Miguel Sr.'s Responses to Plaintiffs' document request, are also deficient because they are inaccurate. For example, in a written statement made by Juan San Miguel and provided to Plaintiffs by Defendant Trisler Seed Farms, Juan San Miguel states that defendants have "proof of the paperwork that the workers sign before going to Illinois...." and that the San Miguel defendants have "proof that Yolanda Jr. and Yolanda Sr. ended up in the hospital as well as a police report...".[6] Mrs. San Miguel's response to the request for production of documents makes no reference to any of these materials; therefore, her responses are inaccurate and incomplete.

13. Juan San Miguel's Responses to Plaintiffs' document request, attached as Exhibit F, appears to be exactly the same as the responses tendered by Mrs. San Miguel. Therefore, Juan San Miguel's response is inaccurate and incomplete in the same respect as the response tendered by Yolanda San Miguel Sr.

---

[6] Juan San Miguel's written statement is attached as Exhibit G.

14. Plaintiffs cannot properly prepare this case for trial for trial, or properly to take depositions of these Defendants, unless the order directing Juan San Miguel, Yolanda San Miguel Sr., and Yolanda San Miguel Jr., to file an answer to the complaint, tender initial disclosures, and respond to interrogatories and request for documents is obeyed.

15. Pursuant to Federal Rule of Civil Procedure 37(b)(2), if a party fails to obey an order to provide discovery, the court in which the action is pending may make such orders in regard to the failure as are just, including among others the following: an order that the matters regarding which the order was made shall be taken to be established for the purposes of the action; an order refusing to allow the disobedient party to support or oppose designated claims or defenses; an order striking pleadings, staying further proceedings, or rendering a judgment by default against the disobedient party; and/or an order treating as contempt of court the failure to obey the order except an order to submit to a physical or mental examination. In addition or in lieu of any of the foregoing, the court shall require the party failing to obey the order or the attorney advising that party or both to pay the reasonable expenses, including attorney's fees, caused by the failure, unless the court finds that the failure was substantially justified or that other circumstances make an aware of expenses unjust.

WHEREFORE, Plaintiffs respectfully pray that the Court grant this motion and Order Juan San Miguel, Yolanda San Miguel Sr., and Yolanda San Miguel Jr., to comply with the Court's September 9, 2004 Order. Plaintiffs also ask this Court to impose sanctions as deemed appropriate by the Court pursuant to Federal Rule of Civil Procedure 37(b)(2). Plaintiffs also pray for all such other relief to which they may be entitled.


Respectfully submitted,

/s/ Rodolfo D. Sanchez

Rodolfo D. Sanchez
Texas Bar No. 17572100
S.D. No. 12600
Texas RioGrande Legal Aid, Inc.
300 S. Texas Blvd.
Weslaco, Texas 78596
Tel.: (956) 968-9574
Fax: (956) 968-8823
Attorney in Charge for Plaintiffs

Nathaniel Norton
Texas Bar No. 24037196
S.D. No. 33422
Texas RioGrande Legal Aid, Inc.
300 S. Texas Blvd.
Weslaco, Texas 78596
Tel.: (956) 968-9574
Fax: (956) 968-8823
Co-Counsel for Plaintiffs

Vincent H. Beckman, III
Illinois Bar No. 0152803
Admitted Pro Hac Vice
Miguel C. Keberlein Gutierrez
Illinois Bar No. 6279606
Admitted Pro Hac Vice
ILLINOIS MIGRANT LEGAL
ASSISTANCE PROJECT
LEGAL ASSISTANCE FOUNDATION OF
METROPOLITAN CHICAGO
407 S. Dearborn, Suite 350
Chicago, Illinois 60605
Tel.: (312) 423-5901
Fax: (312) 427-0381
Co-Counsel for Plaintiffs

## CERTIFICATE OF CONFERENCE

I hereby certify that I conferred or attempted to confer with Roberto Guerrero, the attorney in charge for Juan San Miguel, Yolanda San Miguel Sr., and Yolanda San Miguel Jr., to engage in a good faith effort to resolve this dispute without court action; however, I was not able to resolve the dispute.

_____
Rodolfo D. Sanchez

## CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of October 2004, a true and correct copy of this document was sent via U.S. mail as indicated below to:

Rex Leach
Atlas & Hall, LLP
818 Pecan
McAllen, Texas 78502
CM/RRR 7002 2030 005 5894 3981

Jason C. Kim
Neal, Gerber, & Eisenberg
2 N. LaSalle St.
Chicago, IL 60602-3801
CM/RRR 7002 2030 0005 5894 3981

Roberto Guerrero
2217 N. 23rd St.
McAllen, Texas 78501
CM/RRR # 7002 2030 0005 5894 3998

_____
Rodolfo D. Sanchez