UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| PRECOPIO RODRIGUEZ, ET AL<br>Plaintiff, | § § § | |
| V. | § § | CIVIL ACTION NO. B-03-034 |
| TRISLER SEED FARMS, INC., ET AL | § § § | |
| Defendants. | § | |

### DEFENDANT'S RESPONSE TO PLAINTIFFS FIRST REQUEST FOR PRODUCTION OF DOCUMENTS

To:  Plaintiffs by and through their Attorneys of Record, Rodolfo Sanchez and Nathanal Norton, Texas Rio grande Legal Aid, Inc. 300 S. Texas Blvd., Weslaco, TX 78596

**NOW COMES** YOLANDA SAN MIGUEL, SR., Defendant, and responds to Plaintiffs' First Request for Production of Documents.

Respectfully submitted,

By: _____
Roberto A. Guerrero
Texas Bar No. 08581450
2217 N. 23rd Street
McAllen, Texas 78501
Tel. (956)631-1394
Fax. (956)618-5949
Attorney for Defendant


EXHIBIT E

## Requests for Production

### REQUEST FOR PRODUCTION NO. 1

Please produce all correspondence, written statements, notes of conversations, memoranda, or other documents that in any way relate to the hiring, recruitment, furnishing, transportation or employment of any Plaintiff by you in 2001.

None; but probably available with Trisler Seed Farms, Inc.

### REQUEST FOR PRODUCTION NO. 2

Please produce all correspondence, written statements, notes of conversations, memoranda, or other documents evidencing oral or written communications between you and any Plaintiff or Defendant, from 2001 to the present.

None; but probably available with Trisler Seed Farms, Inc.

### REQUEST FOR PRODUCTION NO. 3

Please produce all documents relating to or evidencing all amounts of monies or other valuables paid, advanced, loaned or otherwise provided to any Plaintiff or received from any Defendant in 2001.

None; but probably available with Trisler Seed Farms, Inc.

### REQUEST FOR PRODUCTION NO. 4

Please produce all written documents provided by you or anyone acting on your behalf to Plaintiffs regarding the terms and conditions of their employment or any other matter related to their employment with you in 2001, including all employee manuals and rules.

None in Defendant's possession, but see response to Interrogatory # 3

### REQUEST FOR PRODUCTION NO. 5

Please produce all documents that contain information provided to you by any Plaintiff or Defendant during the period 1999 to the present.

None; but probably available with Trisler Seed Farms, Inc.

### REQUEST FOR PRODUCTION NO. 6

Please produce all documents written or signed by any Plaintiff.

None; but probably available with Trisler Seed Farms, Inc.

### REQUEST FOR PRODUCTION NO. 7

Please produce any document that you contend is or contains an admission of any Plaintiff.

Document signed by Procopio Rodriguez enclosed as Exhibit "A".

### REQUEST FOR PRODUCTION NO. 8

Please produce all employment records and personnel files that you made or

kept concerning each Plaintiff in 2001.

### REQUEST FOR PRODUCTION NO. 9

None; but probably available with Trisler Seed Farms, Inc.

Please produce all correspondence, written statements, notes of conversations, memoranda and other documents relating to Trisler Seed Farms, Inc. from 1999 to the present.

None; but probably available with Trisler Seed Farms, Inc.

### REQUEST FOR PRODUCTION NO. 10

Please produce all employment records, personnel files and any other documents that describe or state your job duties and responsibilities relating to work with Trisler Seed Farms, Inc. for the period 1999 to the present.

None; but my job duties are described in Response to Interrogatory # 2

### REQUEST FOR PRODUCTION NO. 11

Please produce all farm labor contractor certificates, state or federal, from 1999 through the present.

Defendant believes that Plaintiffs have this document; refer to Interrogatory # 18

### REQUEST FOR PRODUCTION NO. 12

Please produce all documents pertaining to the number of days and hours each Plaintiff worked for you in 2001, including, but not limited to: each and every time card, field log, time sheet, wage and hour record or other record or document of original entry in which the hours worked by Plaintiffs during 2001 were initially recorded.

None; but probably available with Trisler Seed Farms, Inc.

### REQUEST FOR PRODUCTION NO. 13

Please produce all payroll records concerning any Plaintiff. This includes but is not limited to: check stubs, canceled checks, wage statements, itemized pay statements and any other document showing the basis on which wages were paid, the number of piecework units earned, the number of hours and days worked, the total pay period earnings, the specific sums withheld and the purpose of each sum withheld, and the net pay.

None; but probably available with Trisler Seed Farms, Inc.

### REQUEST FOR PRODUCTION NO. 14

Please produce every form W-2, W-4, I-9, application, written work agreement, written pay agreement, written disclosure statement, or other employment-related document that relates to any Plaintiff in this action.

None; but probably available with Trisler Seed Farms, Inc.

### REQUEST FOR PRODUCTION NO. 15

Please produce all unemployment insurance documents relating to any Plaintiff

in this action.
None; but probably available with Trisler Seed Farms, Inc.

### REQUEST FOR PRODUCTION NO. 16

Please produce a copy of any posters or statements that were posted by you in 2001 that set forth the rights and protections afforded to migrant and seasonal agricultural workers under the AWPA or any other state or federal employment law.

THIS RESPONSE IS AT THE END OF THIS DOCUMENT.

### REQUEST FOR PRODUCTION NO. 17

Please produce any insurance agreement under which any person carrying on an insurance business may be liable to satisfy all or part of a judgment that may be rendered in this action or to indemnify or reimburse for payments made to satisfy any such judgment.

None; but probably available with Trisler Seed Farms, Inc.

### REQUEST FOR PRODUCTION NO. 18

Please produce all documents related to the business structure JASM Express, Inc. or any other business you used to recruit, hire, furnish, transport, or employ any migrant or seasonal agricultural worker, including those documents showing the identity of all persons who own or operate such business(es) and/or all persons who recruit, solicit, hire, employ, furnish or transport migrant agricultural workers for the business(es).

None and JASM EXPRESS, INC., did not exist in 2001

### REQUEST FOR PRODUCTION NO. 19

Please produce all photos, drawings, diagrams or other visual depictions of the housing occupied by Plaintiffs in 2001.

None available at this time

### REQUEST FOR PRODUCTION NO. 20

Please produce all documents relating to any inspection or certification by a federal, state, or local agency, of the housing that was occupied by Plaintiffs during their 2001 employment with you. Trisler Farms probably has this information, or contact the Illinois Dept. of Public Health and speak with Wayne Meadows.

### REQUEST FOR PRODUCTION NO. 21

Please produce all written documents you used in 2001 to inform Plaintiffs about the terms and/or conditions of occupancy of the housing where Plaintiffs resided during their employment with you in 2001.

None; but probably available with Trisler Seed Farms, Inc.

### REQUEST FOR PRODUCTION NO. 22

Please produce all correspondence, written statements, affidavits, notes of

conversations, memoranda, or other documents that in any way relate to communications between you and any Plaintiff or Defendant concerning the terms and/or conditions of the housing where Plaintiffs resided during their employment with you in 2001.

This information is probably available with Trisler Farms or the Apartment Complex

### REQUEST FOR PRODUCTION NO. 23

Please produce all documents that reflect or evidence any payment made by you to any housing facility in which any migrant agricultural worker employed by you resided in 2001.

None; but probably available with Trisler Seed Farms, Inc.

### REQUEST FOR PRODUCTION NO. 24

Please produce all documents relating to the portable toilets available at Plaintiffs' work site during their employment with you in 2001. These records should include, but not be limited to: rental, maintenance or service agreements and payments to providers of such services.

Trisler Farms has that information since they hire a company to provide portable toilets and maintain them.

### REQUEST FOR PRODUCTION NO. 25

For the period of May through July 2001, please produce all documents relating to the housing assignments made in the housing occupied by Plaintiffs. These records should include, but not be limited to, documents reflecting the names of and numbers of individuals housed in the same structure as the Plaintiffs.

None, but these records may be with Green Manor Apartments

### REQUEST FOR PRODUCTION NO. 26

Please produce all documents which reflect the number of people employed by you from March 1, 2001 to October 1, 2001, the identify of each worker, the number of hours worked by each worker on a daily or weekly basis, the type of work done by each worker, and the amount of pay earned by each worker.

This information is available through Trisler Seed Farms, Inc.

### REQUEST FOR PRODUCTION NO. 27

Please produce any letter, notice or memorandum of termination prepared by you regarding employment of any Plaintiff.

None; but probably available with Trisler Seed Farms, Inc.

### REQUEST FOR PRODUCTION NO. 28

Please produce all documents that reflect or state reasons why the Plaintiffs' 2001 employment with you ended. Ther jobs are seasonal in nature and terminated at the end of the season; with the exception of the Villarreal and Trejo families.

### REQUEST FOR PRODUCTION NO. 29

Please produce all documents that reflect the job performance of Plaintiffs in 2001.

The jobs are seasonal and involve ourside work; workers are not give formal job reviews as one would a secretary or even a Legal Aid Attorney.

### REQUEST FOR PRODUCTION NO. 30

Please produce all written policies, rules or other documents reflecting performance standards for agricultural workers employed by you in 2001.

None; but probably available with Trisler Seed Farms, Inc.

### REQUEST FOR PRODUCTION NO. 31

Please produce all documents in your custody or control that you assert are related to any issue in this case. Defendant objects to this question because it is overly broad and burdensome.

### REQUEST FOR PRODUCTION NO. 32

Please produce all documents that have been made or prepared by an expert who may be called to testify as a witness in this case.

### REQUEST FOR PRODUCTION NO. 33

None possessed by Defendant.

Please produce all documents that state the subject matter on which any expert witness whom you expect to call at trial is expected to testify, that have been provided or relied on by any such expert, or that state the substance of the facts and opinions to which the expert is expected to testify and/or grounds for each opinion.

### REQUEST FOR PRODUCTION NO. 34

Noen possessed by Defendant

Please produce all documents that relate to transporting agricultural workers from their home states to Illinois or to other states to perform agricultural work.

Each family is required to go to their destination by their own means.

### REQUEST FOR PRODUCTION NO. 35

Please produce all documents that relate to transporting agricultural workers from their migrant housing to Trisler facilities or to the fields where they performed agricultural work.

This information is available through Trisler Seed Farms, Inc.

### REQUEST FOR PRODUCTION NO. 36

Please produce all documents relating to the costs of providing transportation to agricultural workers, including, but not limited to, rental agreements, purchase agreements, insurance policies, vehicle maintenance, repair, and fuel statements, licensing documents, and drivers' pay records.

None; but probably available with Trisler Seed Farms, Inc.

### REQUEST FOR PRODUCTION NO. 37

Please produce all documents relating to the inspection and maintenance of vehicles used to transport agricultural workers. Objection-This request is overly broad, unduly burdensome, and seeks information not reasonably calculated to the discovery of admissible evidence.

## REQUEST FOR PRODUCTION NO. 38

Please produce any and all documents relating to any investigation of you or your employees by the United States Department of Labor, any state employment or job service, or other agency of government, for compliance with employment related laws and regulations during the last 5 years.

None, Defendant has maintained a good record.

RESPONSE TO REQUEST FOR PRODUCTION NO. 16

FORM OMB 1215-D187 and the Migrant and Seasonal Agricultural Workers Prevention Act. (AWPA), Employee Polygraph Protection Act and the Occupations Safety and Health Labor.

Exhibit "A"

3-25-03

Procopio Rodriguez


Yo procopio Rodriguez No estoy
demandando TRisLeR seed farms. Inc. t.J Hale,
Juan San Miguel Yolanda San Miguel Sr. and Yolanda San Miguel SR.
yo firme una carta en el estado
de ill el 2001 pero me dijieron
que era para las Estampillas de Comida
ya no he firmado ninguna mas Corta
no quiero problemas lo que quiero
Seguir trabajando Con Juan San Miguel
y trisler seed farm.
tengo que trabajo desde el 1999
Con Juan y siempre he trabajado
muy Agusto.

x [signature]                          3-25-03

## CERTIFICATE OF SERVICE

The undersigned certifies that on September 8, 2004 a true and correct copy of the foregoing document was served on the following persons:

| | |
|---|---|
| Rodolfo Sanchez and Nathaniel Norton<br>Texas Rural Legal Aide, Inc.<br>300 S. Texas Blvd.<br>Weslaco, TX 78596 | VIA FAX # (956) 968-8823 |
| Victoria L. Donati and Jason Kim<br>Gerber & Eisenberg LLP<br>2 N. La Salle St., Suite 200<br>Chicago, IL 60602 | VIA ORDINARY MAIL |
| Rex Leach<br>Atlas & Hall, LLP<br>818 Pecan<br>McAllen, TX 78501 | VIA ORDINARY MAIL |

Roberto A. Guerrero