April 8, 2003,

To Whom It May Concern:

    Mr. Juan Alberto San Miguel, with residence in 900w mile 10 Rd. N. Weslaco, Texas 78596, of 38 years of age, married, with a professional certificate of contractor of labor Register #091, have 23 years of experience in this field and is my first time in this situation. I am a contractor for the Trisler Seed Farm with T.J. Hale.

    Yolanda San Miguel has the same experience as I do but this season I will the only contractor, Yolanda Sr. and Yolanda Jr. will only be helping me with the registration process here in Texas, here at my residence. We explain to the people verbally and in writing what to expect as far as the following: pay, the estimated time that the working season will last, an estimated average of hours that we don't guarantee depending on the weather conditions, the working conditions such as getting wet, dirty, and sometimes extreme heat or cold again, depending on the weather conditions, we also provide drinking water to different needs of people, with or without ice depending on their preference and we explain that water can be found in the provided water jugs, clean restroom facilities nearby the workers for their convenience, doctor transportation to anyone who becomes ill.

    I do not understand the reason as to why Yolanda San Miguel Jr. is being sued as well taking in consideration that she is a minor. I have 23 years of experience as a contractor and recognize the laws of the labor employees and the requirements that are set by the government. We have proof of the paperwork that the workers sign before going to the destination in Illinois where it states the pay rate by hour, that an apartment will be provided with a stove/fridge, tables, chairs, mattresses, and restrooms. In 2001, it was explained to them here in Texas that the apartments would not have air conditioning so they would be informed and already know by the time of their arrival in Illinois. It was also explained to them that transportation by bus would be provided from the apartment to the work site in the field and back. Concerning those individuals claiming that they did not have mattresses provided when they arrived, the reason to this was that they arrived during a weekend and in Texas, they were told to arrive on a Monday during working hours so the apartment owners would be able to provide them with such mattresses, and therefore were not provided with their needs until the working week.

    The Trejo and Villareal families are complaining that Yolanda San Miguel Jr. tried to run them over with the truck. This is false, they lie about that statement. Since they arrived at Illinois, they began to cause problems. They stated that they had "closed down other companies", "they would close this one as well", as well as encouraging other workers not to do their work in the proper manner. Berenice, Maria, Maria Lilia, and Veronica attacked Yolanda Jr. and Yolanda Sr. at the same time. There are many witnesses of this incident and Mrs. Maria Villareal threatened Yolanda with the following statement "this is going to cost you an eye, that they were going to get a large amount of money from this". We have proof that Yolanda Jr. and Yolanda Sr. ended in the hospital as well as a police report and those people involved if it were true about the truck incident, would have a hospital record or police report to provide as proof. Concerning



000321    D0041

EXHIBIT G

the other people on the list of this law suit, if they claim they had a bad season in 2001, what was their reason for returning with us in 2002.

I, Juan San Miguel am the only contractor with Trisler Seed Farm with T. J. Hale, Yolanda Jr. and Yolanda Sr. are only my assistants. Excuse me for nor responding to the previous letter I was out of the state an believed that it was not necessary considering that the lawyer had sent letter to all the persons involved and that one of the persons showed me a letter where it stated that the people could not go against the San Miguel Family since we are in bankruptcy and if they which to proceed with the law suit they would have to go against the Trisler Seed Farm and to do so they would have to sing the letter, this is the reason why I hesitated on sending a letter.

The lawyer Rodolfo Sanchez from Weslaco appointed me to his office to tell me about his representatives and if I wanted to discuss the matter, would have to sign, and since I refused to do so, there was no discussion because it would not matter taking in concideration that he is not representing me. I told him that I would not approach his people any longer, and they would not approach me as well regarding work, he stated that "they would be able to approach me".

Once again excuse the delay by my part on this matter.

Sincerely,

*Juan A. San Miguel*  4-8-03

Any questions please call at (956)227-4188.