UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| PROCOPIO RODRIGUEZ, et al. ) | |
|     Plaintiffs, ) | Civil Action No. B-03-034 |
| ) | |
| vs. ) | |
| ) | |
| TRISLER SEED FARMS, INC., et al. ) | |
|     Defendants ) | |

ORDER

On this day came to be heard Plaintiffs' Motion for Sanctions. After considering the Motion, the Court is of the opinion that it should be granted, and it is therefore,

ORDERED that Defendants Juan San Miguel, Yolanda San Miguel Sr., and Yolanda San Miguel Jr., will comply with this Courts' Order dated September 9, 2004.

IT IS FURTHER ORDERED that the following sanctions will be imposed on Juan San Miguel, Yolanda San Miguel Sr., and Yolanda San Miguel Jr., pursuant to Federal Rule of Civil Procedure 37(b)(2):

_____

_____

IT IS FURTHER ORDERED pursuant to FRCP 37(b)(2) that Defendants will pay Plaintiffs, jointly and severally, the sum of $_____, as reasonable expenses in obtaining this order.

IT IS FURTHER ORDERED that the Defendants will comply with this order within _____ days from the date this Order is signed.

_____
UNITED STATES MAGISTRATE JUDGE