UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| PROCOPIO RODRIGUEZ, et al. | ) |
| | ) |
| Plaintiffs, | ) Civil Action No. B-03-034 |
| | ) |
| vs. | ) JURY TRIAL REQUEST |
| | ) |
| TRISLER SEED FARMS, INC., et al. | ) |
| | ) |
| Defendants. | ) |

**OPPOSED JOINT MOTION FOR EXTENSION OF TIME**

The parties file this Joint Motion for Extension of Time and would show the Court as follows:

1. This motion is timely filed as the deadline for filing motions for extension of time is December 12, 2004.

2. The discovery deadline in this case is December 12, 2004.

3. Discovery has been delayed because Plaintiffs have not secured complete answers and discovery responses from the San Miguel defendants. To that end, the Court recently issued an order compelling the San Miguels to answer Plaintiffs' complaint and respond to Plaintiffs' discovery requests. As Plaintiffs believe the San Miguels have not complied with this order, they filed a motion for sanctions on October 20, 2004. This motion is currently pending.

4. While the parties are not very hopeful that their discussions will be productive, the Plaintiffs and Defendants Trisler and Hale have continued to discuss the possibility of settlement. This has caused the parties to delay incurring discovery expenses.

5. Counsel for Defendants Trisler and Hale is occupied with a separate case until November 12, 2004. With this in mind, Plaintiffs have given Defendant Trisler and extension of time to respond to Plaintiffs' Request for Admissions to Defendant Trisler Seed Farms, Inc. from September 27th to November 19th.

6. These issues have delayed the completion of discovery, especially the taking of depositions, in this case.

7. This motion is being filed jointly by Plaintiffs and Defendants Trisler and Hale. Plaintiffs have attempted to contact counsel for the San Miguel Defendants, but have been unable to reach him. Because the parties filing this motion do not know whether or not the San Miguel Defendants are opposed, this motion is being designated as opposed.

8. This motion is not filed to delay this case but so the interests of justice will be served.

In light of the facts outlined above, the parties request the Court to extend the deadlines and settings in the current scheduling order by sixty days.

Respectfully submitted,

_____
Rodolfo Sanchez
Texas Bar No. 17572100
S.D. No. 12600
Attorney-in-charge for Plaintiffs

Nathaniel Norton
Texas Bar No. 24037196
S.D. No. 33422
Co-Counsel for Plaintiffs

TEXAS RURAL LEGAL AID, INC.
300 South Texas

Weslaco, TX 78596
Ph: 956-968-9574
Fax: 956-968-8823

*Rex Leach w/permission JN*
Rex N. Leach
Texas Bar No. 12086300
S.D. No. 8244
Attorney-in-charge for Defendants
Trisler Seed Farms, Inc.
and T.J. Hale

Atlas & Hall, L.L.P.
818 Pecan
McAllen, TX 78502-5501

### CERTIFICATE OF CONFERENCE

I hereby certify that I made good faith efforts on October 25th and 27th, 2004 to contact counsel for the San Miguel Defendants, Roberto Guerrero. I was unable to reach him and he did not respond to the messages I left for him. As I do not know whether the San Miguel Defendants are opposed to this motion it is being designated as opposed.

Nathaniel Norton

CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of this document was served on the individuals listed below by U.S. Mail on the 28th day of October, 2004.

Rex Leach
Atlas & Hall, L.L.P.
818 Pecan
McAllen, TX 78502-5501

Jason Kim
Neal, Gerber & Eisenberg
2 N. LaSalle St., Ste. 2200
Chicago, IL 60602

Roberto Guerrero
2217 N. 23rd St.
McAllen, TX 78501

Nathaniel Norton