IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED
DEC 0 2 2004
Michael N. Milby
Clerk of Court

| | |
|---|---|
| PROCOPIO RODRIGUEZ, ET AL<br>PLAINTIFFS | § <br> § <br> § |
| VS. | § CIVIL ACTION NO. <u>B-03-034</u><br>§ <u>JURY DEMANDED</u><br>§ |
| TRISLER SEED FARMS, INC., ET AL<br>DEFENDANTS | § <br> § |

## AGREED MOTION FOR MEDIATION

**TO THE HONORABLE JUDGE OF SAID COURT:**

NOW COMES **TRISLER SEED FARMS, INC.**, and **T. J. HALE,** two of the defendants herein, and file this their agreed motion for mediation and in support thereof would show the Court as follows:

1. This matter is at a stage at which depositions are going to be required in order to move this case forward. The cost of conducting this discovery is going to be significant. It would seem that now, prior to expending those funds, would be an appropriate time to engage in mediation to see if this matter can be resolved without the need of further litigation.

2. Counsel for all parties have agreed that this matter should be mediated at this time, and are in agreement that this motion should be granted.

WHEREFORE, PREMISES CONSIDERED, movants pray that this Honorable Court order that this matter be mediated within 45 days of the date of the signing of such order and for such other and further relief to which they may be entitled.

Respectfully submitted,

_____
Rex N. Leach
U.S.D.C. No. 8244
State Bar No. 12086300
Valorie C. Glass
U.S.D.C. No. 15303
State Bar No. 00784135
ATLAS & HALL, L.L.P.
P. O. Drawer 3725
818 Pecan (78501)
McAllen, Texas 78502
(956) 682-5501
Telefax No. (956) 686-6109

OF COUNSEL:
Victoria L. Donati
Jason Kim
NEAL, GERBER & EISENBERG
Two North LaSalle Street, Suite 2200
Chicago, Illinois 60602
(312) 269-8000
(312) 269-1747

**ATTORNEY-IN-CHARGE FOR DEFENDANTS TRISLER & HALE**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the _____2nd_____ day of _____December_____, 2004, a true and correct copy of the above and foregoing document was delivered via telefax communication to the following counsel of record:

Rodolfo D. Sanchez
Nathaniel Norton
**TEXAS RURAL LEGAL AID, INC.**
300 South Texas
Weslaco, Texas 78596

Vincent H. Beckman, III
**ILLINOIS MIGRANT LEGAL ASSISTANCE PROJECT**
**LEGAL ASSISTANCE FOUNDATION OF METROPOLITAN CHICAGO**
407 South Dearborn, Suite 350
Chicago, Illinois 60605

**ATTORNEYS-IN-CHARGE FOR PLAINTIFFS**

Roberto A. Guerrero
Attorney at Law
2217 North 23rd Street
McAllen, Texas 78501

**ATTORNEY-IN-CHARGE FOR SAN MIGUEL DEFENDANTS**

_____
**Rex N. Leach**

3