United States District Court
Southern District of Texas
ENTERED

DEC 1 4 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| PROCOPIO RODRIGUEZ, ET AL<br>   PLAINTIFFS | § § § | |
| VS. | § § § | CIVIL ACTION NO. <u>B-03-034</u><br><u>JURY DEMANDED</u> |
| TRISLER SEED FARMS, INC., ET AL<br>   DEFENDANTS | § § § | |

<u>ORDER GRANTING DEFENDANTS'
AGREED MOTION FOR MEDIATION</u>

Pending before the Court is defendants Trisler Seed Farms, Inc.'s and T. J. Hale's Agreed Motion for Mediation.

IT IS HEREBY **ORDERED** that said motion be and the same is hereby **GRANTED**.

IT IS FURTHER **ORDERED** that this matter shall be mediated within 45 days of the signing of this order and counsel shall notify the Court of the results of said mediation within seven days of its completion.

Signed for entry this the ___14___ day of ___DECEMBER___, 2004.

_____
UNITED STATES ~~DISTRICT~~ MAGISTRATE JUDGE