IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States Courts
Southern District of Texas
FILED

JAN 1 8 2005

Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| **PROCOPIO RODRIGUEZ, ET AL** | § | |
| **Plaintiffs** | § | |
| | § | Civil Action No. B-03-034 |
| vs. | § | |
| | § | |
| **TRISLER SEED FARMS, INC., et al** | § | |
| **Defendants** | § | |

### NOTICE OF APPEARANCE AND
### REQUEST FOR SERVICE OF NOTICES AND PLEADINGS

TO THE HONORABLE UNITED STATES JUDGE:

Please take notice that the undersigned hereby enters an appearance on behalf of the following parties:

    Juan San Miguel, Defendant

    Yolanda San Miguel, Sr., Defendant

    Yolanda San Miguel, Jr., Defendant

The undersigned hereby requests notice of all proceedings, hearings and/or reports in the above-captioned case and any other matter in which notice is required.

Respectfully submitted,

_____
Roberto A. Guerrero
Fed ID No. 19871/TBA No. 08581450
2217 N. 23rd
McAllen, Texas 78501
Tel. (956)631-1394
Fax. (956) 631-8683
Attorney for Defendants Juan San Miguel, Yolanda San Miguel, Sr., & Yolanda San Miguel, Jr.

## **CERTIFICATE OF SERVICE**

      I, Roberto A. Guerrero, certify that on January 13, 2005, a true and correct copy of the above and foregoing document was served on the following:

| | |
|---|---|
| Nathaniel Norton<br>Texas Rio Grande Legal Aid, Inc.<br>300 S. Texas Blvd.<br>Weslaco, TX 78596 | VIA FAX NO. (956) 968-8823 |
| Jason Kim<br>Neal, Gerber & Eisenberg<br>2 N. LaSalle St.<br>Chicago, IL 60602-3801 | VIA FAX NO. (312) 269-3016 |
| Rex Leach<br>Atlas & Hall, LLP<br>818 Pecan<br>McAllen, TX 78502 | VIA FAX NO. (956) 686-6109 |

Roberto A. Guerrero