United States District Court
Southern District of Texas
ENTERED

JAN 1 8 2005

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| PROCOPIO RODRIGUEZ, ET AL. | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 04-090 |
| | § | CIVIL ACTION NO. 03-34 |
| JUAN A. SAN MIGUEL AND | § | |
| YOLANDA SAN MIGUEL | § | |

## ORDER

On this day, came on to be considered Plaintiffs' Unopposed Motion to Consolidate. After due consideration, the court finds that this motion is well taken. It is hereby ORDERED that this Civil Action, <u>Procopio Rodriguez, et al. v. Juan San Miguel, et al.</u>, B-04-090 be consolidated into <u>Procopio Rodriguez, et al. v. Trisler Seed Farms, et al.</u>, B-03-034. Cause No. 04-090 is hereby referred to Magistrate Judge John William Black so as to effectuate that consolidation.

It is further ORDERED that the status conference currently set for January 24, 2005, at 2:30 p.m. be canceled and that the parties mediate this case as well as the other and report to Judge Black the status of the consolidated litigation to Judge Black once the mediation is concluded.

Signed this 18th day of January, 2005.

Andrew S. Hanen
United States District Judge