UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| PROCOPIO RODRIGUEZ, et al. | ) |
| | ) |
| Plaintiffs, | ) Civil Action No. B-03-034 |
| | ) |
| vs. | ) |
| | ) |
| TRISLER SEED FARMS, INC., et al. | ) |
| | ) |
| Defendants. | ) |

**PLAINTIFFS' UNOPPOSED MOTION TO PERMIT PLAINTIFFS' PARENTS
TO PROCEED ON BEHALF OF THEIR MINOR CHILDREN**

COME NOW Plaintiffs Procopio Rodriguez, *et al.*, by and through their attorneys of record, and move the Court for an order permitting Plaintiffs SUSANA DE LOS REYES, LUZ GUERRERO, MARISSA MARTINEZ, MARIA RENDON, JOSE MANUEL RIVAS, SR., MARIA ARCADEA RIVERA, MARIA CARMEN RODRIGUEZ, MARIA DE LA LUZ VALDEZ, MARIA DE LOS ANGELES VELASQUEZ, LILIA VILLARREAL, and BERENISA TREJO to proceed as parents and next friends on behalf of their minor children who are also Plaintiffs in this cause.[1]
In support of this motion, Plaintiffs would show the Court as follows:

1. This civil action, filed in this Court on February 7, 2003, is brought by migrant farm workers and their non-working family members against their former agricultural employers.

2. This civil action was mediated on January 24, 2005 and the parties reached a settlement.

---

[1] Plaintiffs' Original Complaint inadvertently failed to comply with General Order No. 2002-9 by including the minors' full names. For the sake of clarity, and because any possible damage has already been done, Plaintiffs are including the full names of minor children in this motion.

3. Plaintiff SUSANA DE LOS REYES is the parent of Plaintiffs B.A., I.A., and V.D.L.R. who are minor children. Plaintiff SUSANA DE LOS REYES brought the above-styled action both individually and as parent and next friend on behalf of her minor children.

4. Plaintiff LUZ GUERRERO is the parent of Plaintiffs J.G. and E.G. who are minor children. Plaintiff LUZ GUERRERO brought the above-styled action both individually and as parent and next friend on behalf of her minor children.

5. Plaintiff MARISSA MARTINEZ is the parent of Plaintiffs V.M., B.M., and J.G. who are minor children. Plaintiff MARISSA MARTINEZ brought the above-styled action both individually and as parent and next friend on behalf of her minor children.

6. Plaintiff MARIA RENDON is the parent of Plaintiff D.R. who is a minor child. Plaintiff MARIA RENDON brought the above-styled action both individually and as parent and next friend on behalf of her minor child.

7. Plaintiff JOSE MANUEL RIVAS, SR. is the parent of Plaintiff J.M.R. who is a minor child. Plaintiff JOSE MANUEL RIVAS, SR. brought the above-styled action both individually and as parent and next friend on behalf of his minor child.

8. Plaintiff MARIA ARCADEA RIVERA is the parent of Plaintiffs J.R. and J.R. who are minor children. Plaintiff MARIA ARCADEA RIVERA brought the above-styled action both individually and as parent and next friend on behalf of her minor children.

9. Plaintiff MARIA CARMEN RODRIGUEZ is the parent of Plaintiffs E.R., M.R., P.R., and S.R. who are minor children. Plaintiff MARIA CARMEN RODRIGUEZ brought the above-styled action both individually and as parent and next friend on behalf of her minor children.

10. Plaintiff MARIA DE LOS ANGELES VELASQUEZ is the parent of Plaintiffs G.V., E.V., and J.V. who are minor children. Plaintiff MARIA DE LOS ANGELES VELASQUEZ brought the above-styled action both individually and as parent and next friend on behalf of her minor children.

11. Plaintiff LILIA VILLARREAL is the parent of Plaintiff V.V. who is a minor child. Plaintiff LILIA VILLARREAL brought the above-styled action both individually and as parent and next friend on behalf of her minor child.

12. Plaintiff BERENISA TREJO is the parent of Plaintiffs Y.T., Y.T., and C.T. who are minor children. Plaintiff BERENISA TREJO brought the above-styled action both individually and as parent and next friend on behalf of her minor children.

13. The parties are not aware of any conflict of interest that exists which would prevent the above-named Plaintiff parents from fairly and adequately representing her minor children in this lawsuit.

WHEREFORE, premises considered, Plaintiffs pray that the Court permit the above-named Plaintiff parents to proceed on behalf of their respective above-named minor children.

Respectfully submitted,

_____
Nathaniel Norton
Texas Bar No. 24037196

S.D. No. 33422
Co-Counsel for Plaintiffs

Rodolfo D. Sanchez
Texas Bar No. 17572100
S.D. No. 12600
Attorney-in-charge for Plaintiffs

TEXAS RIOGRANDE LEGAL AID, INC.
300 South Texas
Weslaco, TX 78596
Ph: 956-968-9574
Fax: 956-968-8823

## CERTIFICATE OF CONFERENCE

I, Nathaniel Norton, spoke with the attorneys for the Defendants in this case at the mediation on January 24, 2005 and we all agreed that Plaintiffs should file this motion.

_____
Nathaniel Norton

CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of January, 2005, a true and correct copy of this document was sent by ~~fax and~~ U.S. Mail to the following individuals:

Roberto Guerrero
2217 N. 23rd St.
McAllen, TX 78501
~~fax: 956-618-5949~~

Rex Leach
Atlas & Hall, L.L.P.
818 Pecan
McAllen, TX 78502-5501
~~fax: 956-686-6109~~

Jason Kim
Neal, Gerber & Eisenberg
2 N. LaSalle St., Ste. 2200
Chicago, IL 60602
~~fax: 312-269-3016~~

_____
Nathaniel Norton