UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| PROCOPIO RODRIGUEZ, et al. ) | |
| ) | |
| Plaintiffs, ) | Civil Action No. B-03-034 |
| ) | |
| vs. ) | |
| ) | |
| TRISLER SEED FARMS, INC., et al. ) | |
| ) | |
| Defendants. ) | |

**ORDER GRANTING PLAINTIFFS' MOTION TO PERMIT PLAINTIFFS'
PARENTS TO PROCEED ON BEHALF OF THEIR MINOR CHILDREN**

On this day, Plaintiffs' Motion to Permit Plaintiffs' Parents to Proceed on Behalf of their Minor Children came to be considered by the Court. After due consideration, the Court finds that Plaintiffs' Motion has merit and should be GRANTED.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that based on the representations made in Plaintiffs' motion:

1.  Plaintiff Parent SUSANA DE LOS REYES can adequately and fairly represent her minor children and is fully authorized to proceed on behalf of Plaintiffs B.A., I.A., and V.D.L.R. in this litigation, and a guardian *ad litem* need not be appointed;

2.  Plaintiff Parent LUZ GUERRERO can adequately and fairly represent her minor children and is fully authorized to proceed on behalf of Plaintiffs J.G. and E.G. in this litigation, and a guardian *ad litem* need not be appointed;

3.  Plaintiff Parent MARISSA MARTINEZ can adequately and fairly represent her minor children and is fully authorized to proceed on behalf of Plaintiffs V.M., B.M., and J.M. in this litigation, and a guardian *ad litem* need not be appointed;

*Order Granting Plaintiffs' Motion to Permit Plaintiffs' Parents to
Proceed on Behalf of Their Minor Children*
*Page 1 of 3*

4.  Plaintiff Parent MARIA RENDON can adequately and fairly represent her minor children and is fully authorized to proceed on behalf of Plaintiff D.R. in this litigation, and a guardian *ad litem* need not be appointed;

5.  Plaintiff Parent JOSE MANUEL RIVAS, SR. can adequately and fairly represent her minor children and is fully authorized to proceed on behalf of Plaintiff J.M.R. in this litigation, and a guardian *ad litem* need not be appointed;

6.  Plaintiff Parent MARIA ARCADEA RIVERA can adequately and fairly represent her minor children and is fully authorized to proceed on behalf of Plaintiffs J.R. and J.R. in this litigation, and a guardian *ad litem* need not be appointed;

7.  Plaintiff Parent MARIA CARMEN RODRIGUEZ can adequately and fairly represent her minor children and is fully authorized to proceed on behalf of Plaintiffs E.R., M.R., P.R., and S.R. in this litigation, and a guardian *ad litem* need not be appointed;

8.  Plaintiff Parent MARIA DE LOS ANGELES VELASQUEZ can adequately and fairly represent her minor children and is fully authorized to proceed on behalf of Plaintiffs G.V., E.V., and J.V. in this litigation, and a guardian *ad litem* need not be appointed;

9.  Plaintiff Parent LILIA VILLARREAL can adequately and fairly represent her minor children and is fully authorized to proceed on behalf of Plaintiff V.V. in this litigation, and a guardian *ad litem* need not be appointed; and

10. Plaintiff Parent BERENISA TREJO can adequately and fairly represent her minor children and is fully authorized to proceed on behalf of Plaintiffs Y.T., Y.T., and C.T. in this litigation, and a guardian *ad litem* need not be appointed.

*Order Granting Plaintiffs' Motion to Permit Plaintiffs' Parents to*
*Proceed on Behalf of Their Minor Children*
*Page 2 of 3*

Signed this _____ day of _____, 2005.

                                                                                _____
                                                                                U.S. MAGISTRATE JUDGE
                                                                                JOHN WILLIAM BLACK

*Order Granting Plaintiffs' Motion to Permit Plaintiffs' Parents to*
*Proceed on Behalf of Their Minor Children*
*Page 3 of 3*