United States District Court
Southern District of Texas
FILED

FEB 1 5 2005

Michael N. Milby
Clerk of Court

# THE HONORABLE JOHN WM. BLACK

## FINAL PRETRIAL CONFERENCE

CIVIL ACTION NO. <u>B-03-034</u>

DATE & TIME: <u>02-15-05 AT 1:30PM</u>

<u>PROCOPIO RODRIGUEZ, ET AL.</u>

PLAINTIFF(S) <u>RODOLFO SANCHEZ</u>
COUNSEL

VS.

<u>TRISLER SEED FARMS, INC., ET AL.</u>

DEFENDANT(S) <u>REX LEACH</u>
COUNSEL

<u>JUAN SAN MIGUEL, ET AL.</u>

---

Attorney Rex Leach and Rodolfo Sanchez were present.

The parties mediated and settled the case.

The order granting Plaintiffs' Motion to Permit Plaintiffs' Parents to proceed on behalf of their minor Children is hereby **GRANTED**. (Docket No. 43).