MAGALLANES
**M & H**
HINOJOSA
ATTORNEYS AT LAW
A PROFESSIONAL CORPORATION

J.A. Magallanes
Gilberto Hinojosa

Carlos Escobar*
Edgar Hugo Juarez

P.O. Box 4901
1713 Boca Chica Blvd.
Brownsville, Texas 78520
(956) 544-6571 Telephone
(956) 544-4290 Facsimile

February 9, 2005

United States District Court
Southern District of Texas
FILED

FEB 1 6 2005

Michael N. Milby
Clerk of Court

**Via Hand-Delivery**
Hon. Judge John William Black
United States District Court
Brownsville Division
600 E. 10th Street
Brownsville, Texas 78520

RE: **Civil Action No. B-03-034; Procopio Rodriguez et al v. Trisler Seed Farms, Inc. et al**

Dear Judge Black:

Please be advised that I served as mediator in the above-referenced case on January 24, 2005 and all claims therein were resolved.

Should you have any questions please do not hesitate to call.

Sincerely,

Gilberto Hinojosa

GH:jrm
cc:
**Via Fax (956) 968-8823**
Mr. Nathaniel Norton
Law Office of Texas Riogrande Legal Aid, Inc.
300 South Texas Blvd.
Weslaco, Texas 78596

**Via Fax (312) 269-3016**
Mr. Jason Kim
Neal, Gerber & Eisenberg
2 N. LaSalle Street
Chicago, Illinois 60604

**Via Fax (956) 686-6109**
Mr. Rex Leach
Atlas & Hall
818 Pecan
McAllen, Texas 78502

**Via Fax (956) 618-5949**
Roberto Guerrero
2217 N. 23rd Street
McAllen, Texas 78501