UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| PROCOPIO RODRIGUEZ, et al. | ) |
| | ) |
| Plaintiffs, | ) Civil Action No. B-03-034 |
| | ) [Consolidated with C.A. No. B-04-090] |
| vs. | ) |
| | ) |
| TRISLER SEED FARMS, INC., et al. | ) |
| | ) |
| Defendants. | ) |

**PLAINTIFFS' UNOPPOSED MOTION TO DISMISS WITH PREJUDICE**

Plaintiffs, Procopio Rodriguez, et al., move the Court to dismiss the above referenced actions with prejudice to their rights to refile them or any part thereof, for the reason that the claims and controversies have been fully and finally compromised and settled between the parties.

Wherefore, premises considered, Plaintiffs respectfully move the Court to dismiss with prejudice all claims asserted in the above-entitled causes of action, with costs of suit taxed against each party incurring same.

Respectfully submitted,

_/s/ Nathaniel Norton_
Nathaniel Norton
Texas Bar No. 24037196
S.D. No. 33422
Co-Counsel for Plaintiffs

Rodolfo D. Sanchez
Texas Bar No. 17572100
S.D. No. 12600
Attorney-in-charge for Plaintiffs

TEXAS RIOGRANDE LEGAL AID, INC.
300 South Texas Blvd.

Weslaco, TX 78596
Ph: 956-968-9574
Fax: 956-968-8823

CERTIFICATE OF CONFERENCE

I, Nathaniel Norton, spoke with the attorneys for the Defendants in this case on March 7, 2005 and they stated that they were not opposed to this motion.

_____
Nathaniel Norton

CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of March, 2005, a true and correct copy of this document was sent by U.S. Mail to the following individuals:

Roberto Guerrero
2217 N. 23rd St.
McAllen, TX 78501

Rex Leach
Atlas & Hall, L.L.P.
818 Pecan
McAllen, TX 78502-5501

Jason Kim
Neal, Gerber & Eisenberg
2 N. LaSalle St., Ste. 2200
Chicago, IL 60602

_____
Nathaniel Norton