UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| PROCOPIO RODRIGUEZ, et al. | ) |
| Plaintiffs, | ) Civil Action No. B-03-034 |
| | ) [Consolidated with C.A. No. B-04-090] |
| vs. | ) |
| TRISLER SEED FARMS, INC., et al. | ) |
| Defendants. | ) |

ORDER OF DISMISSAL

On this date the Court considered Plaintiffs' Unopposed Motion to Dismiss with Prejudice. The Court, having considered the motion, find that it should be granted.

It is therefore ORDERED, ADJUDGED and DECREED that all claims asserted in the above-entitled and numbered causes are dismissed with prejudice. All court costs are taxed against the party incurring same.

Done this _____ day of _____, 2005, at Brownsville, Texas.

_____
U.S. MAGISTRATE JUDGE
JOHN WM. BLACK